UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KEVIN TUCKER | : | CIVIL NO. 3:02CV1357(WWE)(HBF) |
| v. | : | |
| CAPTAIN MAURICE BUTLER, ET AL | : | AUGUST 4, 2004 |

### NOTICE TO PRO SE LITIGANT OPPOSING SUMMARY JUDGMENT

Local Rule 56a(1) requires that counsel filing a Motion for Summary Judgment notify the *pro se* appearing party of the requirements for filing papers opposing the Motion for Summary Judgment.

In accordance with that rule, a copy of Local Rule 56a(1) which sets forth the requirements that the *pro se* litigant must meet in filing his motion in opposition to the Defendant's Motion for Summary Judgment, along with Federal Rule of Civil Procedure 56, are attached.

                                        DEFENDANTS
                                        CAPTAIN MAURICE BUTLER, ET AL

                                        RICHARD BLUMENTHAL
                                        ATTORNEY GENERAL

                        BY:    /s/_____
                                        Robert B. Fiske, III
                                        Assistant Attorney General
                                        110 Sherman Street
                                        Hartford, CT  06105
                                        Federal Bar #ct17831
                                        E-Mail: Robert.Fiske@po.state.ct.us
                                        Tel: (860) 808-5450
                                        Fax: (860) 808-5591

**CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this, the 5th day of August 2004, to:

Mr. Kevin Tucker, #94084
Northern Correctional Institution
P.O. Box 665
Somers, CT 06071-0665

\_\_/s/_____
Robert B. Fiske, III
Assistant Attorney General