UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KEVIN TUCKER | : | CIVIL NO. 3:02CV1357(WWE)(HBF) |
| v. | : | |
| CAPTAIN MAURICE BUTLER, ET AL | : | AUGUST 4, 2004 |

## MOTION TO DISMISS

The Connecticut Department of Correction Defendants, Captain Maurice butler, Lt. Lloyd, Captain Kim weir, Nurse Hill, C.O.'s Taylor, Lindsey, O'Dell, Perkins, Melbourne, Castonguay, and Nurse Practitioner Saundra Katz-Feinberg, respectfully move for summary judgment pursuant to Rule 56 of the Federal rules of Civil Procedure. The plaintiff's Complaint is brought pursuant to 42 U.S.C §§ 1983, against the above-named defendants in their individual and official capacities.

In his pro se Amended Complaint, the plaintiff seeks both compensatory and punitive damages from each defendant. The defendants submit that they are entitled to summary judgment for one or all of the following reasons:

I.  Defendant Butler Was Not Deliberately Indifferent To The Plaintiff's Eighth Amendment Rights;

II. The Plaintiff Was Not Subjected To The Use Of Excessive Force In Violation of His Eighth Amendment Rights;

III. The Plaintiff's Eighth Amendment Rights Were Not violated By Any Of The Defendants;

IV. Defendants Weir, Taylor, Perkins And Melbourne Had No Personal Involvement In Handling The Plaintiff In The Cell Or With His Medical Care Thereafter;

V. Plaintiff's Official Capacity Claims Against The Defendants Are Improper;

VI. Even Assuming Arguendo, That The Plaintiff's Rights Were Violated By One Or More Of The Defendants, They Are Nevertheless Entitled To Qualified Immunity.

A memorandum of law is filed in support of this motion, along with the following exhibits in support thereof, marked as follows:

Exhibit #:

A. Plaintiff's Complaint,

B. Department of Correction Incident Report pages 1 – 21,

C. Defendant Castonguay's Use of Force Report, dated 1-8-02

D. Correctional Officer Daire's Use of Force Report, dated 1-8-02,

E. Correctional Officer Howe's Use of Force Report, dated 1-8-02,

F. Lt. Lloyd's Use of Force Report, dated 1-8-02,

G. Correctional Officer O'Dell's Use of Force Report, dated 1-8-02,

H. Department of Correction Medical Incident Report Re: plaintiff Kevin Tucker, dated 1-8-02 at 4:30 p.m.,

I. Video tape with audio of the plaintiff and Morris Neal after the assault, 1-8-02,

J. Department of Correction Medical Incident Report Re: Morris Neal, dated 1-8-02,

K. Department of Correction Medical Incident Report Re: plaintiff Kevin Tucker, dated 1-8-02 at 7:30 p.m.

                    DEFENDANTS
                    CAPTAIN MAURICE BUTLER, ET AL

                    RICHARD BLUMENTHAL
                    ATTORNEY GENERAL

BY:    /s/_____
                    Robert B. Fiske, III
                    Assistant Attorney General
                    110 Sherman Street
                    Hartford, CT  06105
                    Federal Bar #ct17831
                    E-Mail: Robert.Fiske@po.state.ct.us
                    Tel: (860) 808-5450
                    Fax: (860) 808-5591

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this, the 4th day of August 2004, to:

Mr. Kevin Tucker, #94084
Northern Correctional Institution
P.O. Box 665
Somers, CT 06071-0665

　　　　　　　　　　　　　　　　　　　　　　__/s/_____
　　　　　　　　　　　　　　　　　　　　　　Robert b. Fiske, III
　　　　　　　　　　　　　　　　　　　　　　Assistant Attorney General