# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICT

CLERK
U.S. DISTRICT COURT

FILED

CIVIL COMPLAINT UNDER THE CIVIL RIGTS
ACT 42 U.S.C. $ 1983

KEVIN S. TUCKER SR.        CIVIL NO: **302CV1357** WWE
   # 44084                                              HBF

PRISONER DEPARTMENT OF CORRECTION
            PLAINTIFF

        "VS." CAPTAIN MAURICE BUTLER                        ✓
CORRECTIONAL LIEUTENAT MS. LLOYd                            ✓
CORRECTIONAL CAPTAIN KIM WIER
CORRECTIONAL NURSE MS. N. HILL                              ✓
CORRECTIONAL OFFICER MS. TAYLOR
CORRECTIONAL OFFICER LINDSEY                                ✓
CORRECTIONAL OFFICER ODELL        → DEAD                    ✓
CORRECTIONAL OFFICER PERKINS ▬▬▬▬                           ✓
CORRECTIONAL OFFICER MELBOUNRE ▬▬▬▬▬                        ✓
CORRECTIONAL OFFICER CATONGANY                              ✓
NURSE PRACTIONER SAUNDRA KATZ, FEINBERG                     ✓
            DEFENDANTS

                    CIVIL RIGHTS ACTION
                    FIELD UNDER 42 USC 1983

        CIVIL RIGHTS COMPLAINTS

DKI

1) THIS IS A CIVIL RIGHTS COMPLAINT BEING BROUGHT FORTH UNDER TITLE 42 U.S.C. 1983 FOR THE DEPRIVATION OF CONSTITUTIONAL RIGHTS WHICH RESULTED IN A VIOLATION OF THE PLAINTIFF 8TH AMENDMENT RIGHTS THAT PROTECTS HIM FROM CRUEL AND UNUSUAL PUNISHMENT OF THE UNITED STATES CONSTITUTION

## JURISDICTION

DKI

2) JURISDICTION OF THIS COURT IS INVOKED PURSUANT TO 28 USC. 2201 AND 2202, FOR THE DEPRIVATION OF RIGHTS UNDER COLOR OF STATE LAW SECURED BY THE UNITED STATES CONSTITUTION PURSUANT TO 42 U.S.C. $ 1983

## PARTIES

Admit in custody of DOC Plff + has Const rights. DKI all else

3) I KEVIN S. TUCKER SR. #94084 A AFRICAN AMERICAN MALE AND PRISONER HERE AT NORTHERN CORRECTIONAL BRINGS FORTH THIS COMPLAINT TO SHOW AND TO INDICATE CLEAR VIOLATIONS TO MY CONSTITUTIONAL RIGHTS BY OFFICERS AND DEPARTMENT OF CORRECTIONS WHICH MY RIGHTS ARE SECURED AND SHIELDED UNDER THE UNITED STATES CONSTITUTION

Admit Butler D deny all else

4.) CAPTAIN BUTLER IS A DEFENDANT IN THIS ACTION HE FAILED TO ACT PROFESSIONALY WHEN MATTERS AROSEED AND PLACED THE PLAINTIFF LIFE IN GREAT DANGER. THEREFORE BUTLER IS BEING SUED IN HIS INDIVIDUAL AND OFFICIAL CAPACITY

Admit
is A
deny
all
else

↓

"

5) CAPTAIN WIER is A DEFENDANT in THIS Action BECAUSE SHE HAD KNOWLEDGE OF THE PROBLEM BUT FAILED to ACT PROFESSIONALY AND HANDLE THE SITUATION UNTIL SOME got HURT So SHE is BEING SUED iN HER OFFICIAL AND individuAL CAPACITY

"

6) LIEUTENAT MS. LLoyd is A DEFENDANT iN THIS ACTION BECAUSE FAILED to ACT PROFESSIONALY AND COMMAND THE OFFICERS TO STOP KICKING ME iN MY RIBS AND SHE JUST WATCHED THEM AND DID Not DoANYTHING WHILE THOSE OFFICERS ASSAULTED ME WITH CRUEL PUNISHMENT So THEREFORE SHE is BEING SUED iN HER OFFICIAL AND

"

individuAL CAPACITY 7) CORRECTIONAL OFFICER LINDSEY is ALSO A DEFENDANT iN THIS Action. HE FAILED to Act PROFESSIONALY AND EXPEDITE MATTERS WHEN THEY ARISES. THEREFUR HE is BEING SUED iN HIS OFFICIAL AND individuAL

"

CAPACITY 8) ODELL CORRECTIONAL OFFICER is ALSO A DEFENDANT iN THIS Action. HE Also FAILED To PROFESS ionALY EXPEDITE MATTERS WHEN THEY ARISES. THERE FORE HE is BEING SUED iN HIS individuAL AND OFFICIAL

"

CAPACITY 9) CORRECTIONAL OFFICER PERKINS is ALSO A DEFENDANT iN THIS Action HE Also FAILED to ACT PROF ESSIONALY AND EXPEDITE MATTERS WHEN THEY ARISES THERE FORE HE is BEING SUED iN HIS OFFICIAL AND individuAL CAPACITY

"

10) CORRECTIONAL OFFICER MELBOUNRE is ALSO A DEFENDANT iN THIS Action. HE FAILED to ACT PROFESS ionALY AND EXPEDITE MATTERS WHEN THEY ARISES.

(4)

SO THEREFOR HE is BEING SUED IN HiS OFFICIAL AND INDIVIDUAL
CAPACITY //) NURSE PARTIONER SAUNDRA KATZ-FEINBERG
is ALSO A DEFENDANT IN THIS ACTION BECAUSE SHE UNLAW-
FULY DENIED ME MEDICAL TREATMENT IN A TIMELY
MANNER AND STATED THAT NOTHING WAS WRONG WITH MY
RIBS AND FINGER AND it WAS. SO THEREFOR SHE is
BEING SUED IN HER OFFICIAL AND INDIVIDUAL CAPACITY.

/2) NURSE NANCY HILL is ALSO A DEFENDANT IN THIS
ACTION BECAUSE SHE FAILED to TREAT MY RIBS AND SHE
SAW CORRECTIONAL OFFICERS KICK ME IN MY RIBS AND
STAND UP IN MY RIB CAGE SO THERE SHE is BEING
SUED IN HER OFFICIAL AND INDIVIDUAL CAPACITY.

13) CORRECTIONAL OFFICER TAYLOR is ALSO A DEFENDANT
IN THIS ACTION BECAUSE SHE FAILED to ACT PROFESSIONALY AND
EXPEDITE MATTERS WHEN THEY AROSE BUT SHE TOLD THE
CAPTAIN it WAS WRONG FOR WHAT HE BUTLER WAS DOING
AND SHE DID NOTHING MORE SO THEREFOR SHE is BEING SUED
IN HER OFFICIAL AND INDIVIDUAL CAPACITY. 14) CORRECTIONAL
OFFICER CATONGANY is ALSO A DEFENDANT IN THIS ACTION
HE ALSO FAILED TO ACT PROFESSIANALY AND EXPEDITE
MATTERS WHEN THEY ARISES THEREFORE HE is BEING
SUED IN HiS INDIVIDUAL AND OFFICAL CAPAICTY

<u>PRELIMINARY STATEMENTS</u>

15.) THE FACTS IN THIS COMPLAINT WILL INDICATE EACH
DEFENDANT CONSPIRED IN WHOLE OR IN PART TO ACTS

*Margin annotations:*
Admit Δ deny all else

"

"

"

admit eching nder color of law and deny all else

UNDER COLOR OF STATE LAW AND SUBJECT THE PLAINTIFF
TO CRUEL AND UNUSUAL PUNISHMENT. THE DEFENDANTS
WERE ALL WELL AWARE AND HAD PERSONAL KNOWLEDGE
THAT THE PLAINTIFF CONSTITUTIONAL RIGHTS WERE
VIOLATED BECAUSE CORRECTIONAL OFFICERS TAYLOR
AND CORRECTIONAL OFFICER WIDEMAN WHO IS NOT A
DEFENDANT IN THIS ACTION TOLD THEM SO THEREFOR
THEY ALL KNEW

## STATEMENT OF FACTS

16) I THE PLAINTIFF KEVIN S. TUCKER SR. #94084 IS A
PRISONER HERE AT NORTHERN CORRECTIONAL INSTITUTION
WHICH IS A SUPER MAXIUM "LEVEL 5" SECURITY PRISON
LOCATED IN SOMERS, CONNECTICUT. NORTHERN PROVIDES
HOUSING FOR PRISONERS WITH ANGER AND AGGRESSION PROB
LEMS. ACCORDING TO ADMINISTRATIVE DIRECTIVES 9.4 AND
9.2. 17) WHEN ADMINISTRATIVE SEGREGATION PRISONERS
ARE DESIGNATED ADMINISTRATIVE SEGREGATION STATUS.
18) THEY IMPOSE A THREAT TO OTHERS PRISONERS AS
WELL AS ALL STAFF. 19) THESE DIRECTIVES ALSO INDICA
TES RESTRICTIVE HOUSING INMATES REQUIRES SEPERAT
ION OF INMATES. 20) DESPITE THESE POLICIES NORTH
ERN STILL UNLAWFULY DOUBLE THE CELLS UP PUTTING
PRISONERS IN THE CELL TOGETHER WITHOUT FIRST THE
PROPER ANGER AND AGGRESSION PROGRAMS AND OTHER
CLASSES BEING COMPLETED. 21) THESE UNLAWFUL
ACTIONS 24 HOURS A DAY CAUSES A VERY HOSTILE AND

*Margin annotations:* Admit π prisoner at N.C.I DKI all else · incomprehensible → denied · " · " · D · denied) · incomprehensible + denied

(6)

AND VERY AGGRESSIVE LIVING AREAS BETWEEN PRISONERS.

DEI 22) CAPTAIN MAURICE BUTLER THE UNIT MANAGER A DEFENDANT IN THIS ACTION CAME TO THE PLAINTIFF CELL DOOR ON JANAURY 8, 2002 FOR A PROBLEM AT THE

DE8 CELL 23) THE PLAINTIFF THEN CELLMATE MORRIS NEAL HELD THE FOOD TRAP DOOR AND TOLD CAPTAIN BUTLER, CORRECTIONAL OFFICER WIDEMAN AND CORRECTIONAL TAYLOR THAT HE AND THE PLAINTIFF DO NOT GET ALONG AND CANT LIVE TOGETHER AND HE FEELS HIS LIFE IS IN DANGER AND HE DONT WANT NO PROBLEMS BECAUSE HE GO HOME IN 2 WEEKS AND HE DONT WANT TO HURT ME THE PLAINTIFF SO ONE OF US WILL HAVE TO MOVE OUT OF THE CELL AND ON JANAURY 8, 2002 MORRIS NEAL RECEIVED A DISCIPLINARY REPORT FOR SAFETY AND SECURITY FOR REFUSEING TO LET ME BACK INTO THE CELL JUST SO HE CAN TRY GET MOVED OUT OF THE CELL AND A VERY

DEI DANGEROUS SITUATION 24) HE THEN EXPLAINED TO CAPTAIN BUTLER IF HE DONT REMOVE PLANTIFF FROM THE CELL HE WAS GOING TO SUBJECT HIM TO BODILY HARM AND TRY TO KILL HIM AND AFTER HE SAID SAID THIS TO CAPTAIN BUTLER I THEN FEARED FOR MY LIFE AND SAFETY AND I TOO THEN TOLD CAPTAIN BUTLER PLEASE DONT PUT ME BACK INTO THAT CELL WITH INMATE MORRIS NEAL AFTER HE STATED HE WAS GONNA HURT OR HARM ME.

DKI 25) BUTLER SEEN THE VERY HOSTILE AND AGGRESIVE SITUATION AND DANGER AND STILL PLACED THE PLAINTIFF BACK INTO THE CELL AND PLAINTIFF LIFE UNDER DANGER WHEN PLACED BOTH PRISONERS BACK INTO THE SAME CELL AND HE CAPTAIN BUTLER TOLD MORRIS NEAL TO SHUT THE HELL UP AND DEAL WITH THE SITUATION BECAUSE HE MORRIS NEAL GOES HOME IN 2 WEEKS AND IF WE BOTH HAVE A PROBLEMS WE SHOULD BOTH WRITE HIM INMATE REQUEST FORMS REQUESTING TO BE MOVED FOR A CELL CHANGE

DKI 26) BUTLER'S RECKLESS AND DELIBERATE INDEFFERENCE CAUSED TREMENDOUS ASSAULTS OF VERY SERIOUS MAGNITUDE AND FRACTURE BONES AND RIBS BECAUSE

DKI HE FAILED TO MOVE US 27) SINCE BUTLER PLACED THE PLAINTIFF AND CELLMATE MORRIS NEAL BACK IN THE SAME CELL TOGETHER WHEN BOTH PRISONERS TOLD BUTLER THEY FELT UNSAFE AND IN DANGER WHEN HE UNDERSTOOD THE PLAINTIFF LIFE WAS IN DANGER AND AT A RISK (MAKES) CAPTAIN BUTLER VERY, (VERY LIABLE) FOR ASSAULTIVE MISCONDUCT THAT WILL BE INDICATED FUTHER IN THE STATEMENTS OF FACTS.

DKI 28) ON JANUARY 8, 2002 AFTER THE PLAINTIFF AND HIS EX-CELL MATE MORRIS NEAL BOTH CLEARLY EXPLAINED TO BUTLER THE VERY UNSAFE SITUATION BETWEEN THE TWO OF THEM (DANGER AROSE) BECAUSE CAPTAIN BUTLER DID NOT MAKE ANY CELL CHANGE AT THE TIME

DKI WHEN HE COULD OF STOPED ASSAULTS. 29) BETWEEN THE HOURS OF 3:30 P.M. OR 4:15 P.M. A FEW HOURS

Right after Captain Maurice Butler
"(Failed to expedite)" the situation and problem.
The plaintiff cellmate Morris Neal threatened to
kill the plaintiff and the plaintiff was already
assaulted 2 times befor very badly here in North
ern correctional and really feared for his
life and safety and was'nt changeing his life so
when ex-cellmate Morris Neal made a move
towards plaintiff he took that as a very
hostile move and attacked out of fear and for
his life. The state could of stop these assaults
if they only had moved us. 30) A confrotation
broke out in the cell and the plaintiff and his
cellmate Morris Neal started fighting one was
handcuffed and one was not 31) During this fight
many correctional officers and 2 shift supervisors
one a lieutenat Lloyd and correctional officers
Perkins, Odell, Melbounre, Caton gany, Lindsey,
Taylor, arrived on the scene. 32) They open the
cell and just ran in and instead of bringing
the plaintiff down to a (prone position) they
picked the plaintiff up in the air body slamming
him on his face and head they knew what
they was doing 33) The results from this unla
wful action resulted in injuries to the
plaintiff mouth, head, nose, and lips which

DKI

DKI

DKI

DKI

ALL 4 WAS BLEEDING BADLY FROM BEING BODY SLAMMED
BY OFFICERS WHICH WAS CRUEL AND UNUSAL NECESSARY
USE OF FORCE THE OFFICERS USED 34) THEN CORRECTIONAL
OFFICER LINDSEY AND CORRECTIONAL OFFICER CATONG
ANY KICKED ME IN MY RIBS AND STARTED PUTTING PRESSURE
IN MY RIB CAGE WITH THIER KNEES AND AT ONE TIME
BOTH OFFICERS LINDSEY AND CATONGANY STOOD STRAI
GHT UP ON MY LEFT SIDE RIB CAGE; CAUSEING ME
VERY BRUSED RIBS AND VERY EXTREME PAIN FOR 6½
WEEKS I HAD VERY EXTREME PAIN IN MY RIBS AND
COULD'NT MOVE, BEND, SIT OR NOTHING AND I KNOW
THEY DONT TEACH THIS TO CORRECTIONAL OFFICERS AT
THE ACADEMY TO STAND IN PRISONERS RIB CAGE
AND TO USE UNNECESSARY USE OF FORCE AND THEY
TEACH YOU AT THE ACADEMY TO BRING INMATES TO A
PRONE POSITION AND NOT BODY SLAMMING INMATES
ALL THIS IS ON VIDEO CAMARA PLEASE CHECK IT
AND THE PLAINTIFF COULD'NT SLEEP BECAUSE OF THE
EXCESSIVE PAIN AND SUFFERING 35) AFTER IT WAS
FOUND OUT BY ANOTHER DOCTOR THAT MY FINGER WAS
INDEED FRACTURE I WAS ORDERED MEDICATION FOR A
FRACTURE FINGER AS WELL AS MY RIBS THEY SAID TO
TAKE IT FOR BOTH. 36) THEN CORRECTIONAL OFFICER
ODELL HAD THE PLAINTIFF RIGHT HAND AND PINKEY
FINGER BENDING BOTH BACK AND THIS OFFICER ODELL
FRACTURE MY FINGER AND I WAS NOT RESISTING HE WAS
YELLING AT ME SAYING "TUCKER" STOP YOUR RESISTING SO IT

CAN LOOK LIKE I WAS NOT COMPLYING SO HE COULD HAVE
REASONS TO CONTINUE TO PULL AND BEND MY RIGHT HAND
AND FINGER IN A DIFFERENT DIRECTION APPLYING
PRESSURE WHEN I WAS COMPLYING WITH OFFICERS ORDERS

DKI 37) CORRECTIONAL OFFICER: ODELL ACTIONS RESULTED
WITH A FRACTUR PINKEY FINGER. THE PLAINTIFF HAD TO GO
TO A OUTSIDE HOSPITAL TO SEE A BONE DOCTOR AT

DKI UCONN MEDICAL CENTER. 38) NURSE PRACTIONER SAU
NDRA KATZ-FEINBERG CONSPIRED TO COVER THIS MIS
CONDUCT UP BY SAYING TO THE PLAINTIFF NOTHING WAS
WRONG WITH HIM OR HIS RIBS OR FINGER BUT X-RAYS

DKI SHOWED BONE WAS FRACTURE AND FINGER 39) AND SHE
AND NURSE NANCY HILL BOTH REFUSED TO DO X-RAYS
UNTIL I WROTE HER SUPERVISOR AND TO CENTRAL
OFFICE WERE HER BOSS AND SUPERVISOR RESIDES

DKI 40) DR. BRETT RAYFORD, DIRECTOR OF HEALTH, THE
OVERSEER, FOR THE DEPARTMENT OF CORRECTION IN

DKI THE STATE OF CONNECTICUT 41) IF I HAD NEVER WROTE
HER BOSS OR CENTRAL OFFICE I WOULD OF NEVER
RECEIVED MEDICAL TREATMENT SHE WAS ORDERED BY
SUPERVISOR TO SEE SO I AM SUEING HER CAUSE SHE
DID NOT DO IT ON HER OWN WHEN SHE KNEW SOMETHING

DKI WAS WRONG WITH ME. 42) PLEASE NOTE THERE WAS A
CAMERA PRESENT WHEN ASSAULTS HAPPEN AND ALSO
WHEN THE PLAINTIFF WAS TELLING CAPTAIN BUTLER AND
HIS EX-CELLMATE MORRIS NEAL THAT THERE LIVES WERE

DANGER AND THEY BOTH FELT UNSAFE IN THE CELL TOGETHER
AND ITS ALL ON VIDEO CAMERA PLEASE CHECK THIS TAPE
BECAUSE CAPTAIN BUTLER FAILED TO EXPEDITE THE
MATTER AND IF HE HAD I WOULD'NT OF BEEN ASSAULTED

DKI 43) PLEASE (NOTE) VIDEO CAMERA SAW THE ASSAULTS
THAT TOOK PLACE AGAINST THE PLAINTIFF THEY HAVE
CAMERA'S LOCATED ALL OTHER IN EACH HOUSING UNITS
AND THE CAMERA'S IN 1 EAST HOUSING UNIT SHOULD SHOW
WHEN CORRECTIONAL OFFICERS PICKED ME UP AND SLAMMED
ME ON ONTO MY HEAD ON THE FLOOR AND I AM

Admit A | ASKING (THE COURT) TO PLEASE LOOK AT THE VIDEO
TAPE 44) THE PLAINTIFF UNDERSTAND HE WAS

DKI
all else | FIGHTING AND BEING ASSAULTIVE BECAUSE HIS LIFE
WAS AT RISK AND IN DANGER AND HE WAS ALREADY
ASSAULTED 2 TIMES REALLY SERIOUS BEFOR BYE OTHER

Admit legal policies | PRISONERS HE AT NORTHERN CORRECTIONAL AND HE
FEARED FOR HIS LIFE 45) BUT THERE ARE LEGAL

DKI | POLICIES THAT ONLY CAN APPLY EVEN IF I WAS ASSAULTIVE
I SHOULD OF BEEN BROUGHT TO A (PRONE POSITION)
AND RESTRAINED WITHOUT BEING HURT OR BONES

admit A
DKI
all else | BROKEN AND RIBS HURT 46) JUST BECAUSE ~~THEW~~ W
AS BEING ASSAULTIVE DOES NOT MAKE THE PLAIN
TIFF LIABLE FOR EXCESSIVE UNLAWFUL USE OF FORCE
AND CAUSE ME BODLEY HARM AND PAIN AND SUFFERING,
BECAUSE I WAS BEING ASSAULTIVE AND FIGHTING DOES NOT
GIVE THESE CORRECTIONAL OFFICERS OR THE DEPARTME

NT OF CORRECTIONS THE RIGHT TO INFLICT EXCESSIVE
USE OF FORCE ON ME AND CAUSE BRIUSED RIBS AND
BROKEN BONES AND A BLOOD NOSE, MOUTH, AND LIP AND
I WANT THE COURT TO KNOW AND UNDERSTAND I WAS HURT

DIES BAD WITH THERE USE OF FORCE 47) IVE WROTE TO
COMMISSIONER OF CORRECTIONS ON THE OFFICERS
ACTIONS AND I ALSO WROTE WARDEN M.YERS AND MAJOR
WHIDDEN AND CENTRAL INTELLIGENCE DIVISION THE
INTERNAL AFFAIRS OFFICE ON THESE OFFICERS AND ON
CAPTAIN BUTLER AND THEY CAME TO SEE ME AND NO ONE
DONE ANYTHING I ALSO FILED 3 INMATES GRIE
VANCE FORMS TO TRY EXHAUST ALL OF MY ADMINISTRATIVE
REMEDIES ON THESE OFFICERS AND NO ONE HAVE DONE
ANYTHING TO THESE CORRECTIONAL OFFICERS FOR THEIR ACT
IONS          FIRST CAUSE OF ACTION

R+R 48) PARAGRAPHS 1- THROUGH-42 REITERATED AND
RE-ALLEGED AS IN THIS COMPLAINT

D 49) THE PLAINTIFF RIGHTS UNDER THE UNDER THE CIVIL
RIGHTS ACTS TO BE SECURED AGAINST CRUEL AND
UNUSUAL PUNISHMENT OF THE UNITED STATES CONSTITUT
ION WHICH CLAUSES UNDER THE 8TH AMENDMENT HAS BEEN
CLEARY VIOLATED BY DEFENDANTS

D 50) BY CAPTAIN MAURICE BUTLER (FAILURE TO SEPERATE)
THE PLAINTIFF AND HIS CELLMATE RESULTED IN PUTTING
THE PLAINTIFF LIFE AND MORRIS NEAL LIFE IN DANGER

AND AS WELL LIABLE FOR THE AFTERWARDS ASSAULTS.
AND IF CAPTAIN BUTLER WOULD OF DONE HIS JOB NONE
OF THIS WOULD OF NEVER TOOK PLACE ASSAULTS HAPPEN
YOU CAN'T GET AROUND THAT

## SECOND CAUSE OF ACTION

R-R 51) PARAGRAPHS 1-THROUGH-45 RE-ITERATED AND
RE-ALLEGED AS IN THE COMPLAINT.

D 52) WHEN CORRECTIONAL OFFICERS LINDSEY, O'DELL,
PERKINS, MELBOURNE, TAYLOR, LLOYD, CATONGANY
BODY SLAMMED THE PLAINTIFF ON HIS FACE CAUSED SERIOUS
INJURIES TO HIS FACE AND HEAD CAN'T GET AROUND THAT

D 53) THESE OFFICERS ACTIONS CAUSED INJURIES TO THE
MOUTH, HEAD, WHERE I HAVE A SCARE ON FORHEAD FOR
LIFE AND ALSO CAUSED ME A BLOODY NOSE, LIP, AND A
LUMP ON MY HEAD

## THIRD CAUSE OF ACTION

L-R 54) PARAGRAPHS 1-THROUGH-48 RE-ITERATED AND
RE-ALLEGED AS THE COMPLAINT

admit has in A right long clse 55) THE PLAINTIFF HAS A 8th AMENDMENT CONSTITUTIO
NAL RIGHT UNDER THE UNITED STATES CONSTITUTION
THAT GUARANTEES EFFECTIVE MEDICAL TREATMENT
DURING INCARCERATION AND I CAN ALSO PROVE TO
THE COURT THAT IN "(THE PAST)" NURSE PRATIONER
SAUNDRA KATZ-FEINBERG DENIED ME MEDICAL

TREATMENT IN THE PAST AND THAT WE HAD PROBLEMS.
SHE AND NURSE HILL ONLY GAVE ME MEDICAL TREATMENT
WHEN I WROTE HER BOSS AND SUPERVISOR AND IF DID NOT
DO THAT SHE WOULDN'T OF GAVE ME TREATMENT AT ALL.

DKI 56) NURSE HILL AND NURSE PRACTIONER SAUNDRA
KATZ, FEINBERG DENIED THE PLAINTIFF MEDICAL
TREATMENT IN A TIMELY MANNER WHICH RESULTED
IN VERY EXTREMEFUL PAIN IN MY LEFT SIDE RIB
CAGE WHERE CORRECTIONAL OFFICERS KICKED ME AS
WELL AS SLEEPLESS NIGHTS AND STRESS THAT
CAUSED ME TO SEEK MENTAL HEALTH DEPARTMENT

## FOURTH CAUSE OF ACTION

R+R 57) PARAGRAPHS 1-THROUGH-51 RE-INTERATED
AND RE-ALLEGED AS THE COMPLAINT

DKI 58) CORRECTIONAL OFFICER ODELL APPLYING PRESSURE
METHODS TO THE PLAINTIFF RIGHT HAND AND FINGER
SAYING THE PLAINTIFF WAS NOT COMPLYING WHEN
THIS RESULTED WITH THE PLAINTIFF HAVEING A
FRACTURE BONE AND FINGER YOU CAN'T GET
AROUND THIS ONE OFFICER HURT ME

## FIFTH CAUSE OF ACTION

R+R 59) PARAGRAPHS 1-THROUGH-53 RE-ITERATED
AND RE-ALLEGED AS THE COMPLAINT

D 60) ALL DEFENDANTS WERE AWARE OR BECAME PERSONALY AWARE THAT THE PLAINTIFF CONSTITUT IONAL RIGHTS WERE VIOLATED AND FAILURE TO (EXPEDITE) THE PROBLEM WHEN THEY ALL KNEW IT WAS WRONG AND THE KNOWLEDGE SOMETHING EVIL TOOK PLACE THEY ALL KNEW SO IT MAKES THEM "(ALL LIABLE)"

D 61) ALL DEFENDANTS ACTED WITH A REQUISITE "(CULPABLE STATE OF MIND)" WITH THE INTENTIONS TO CONSPIRE IN WHOLE OR IN PART TO CAUSE BODILY HARM OR DISREGARDED A LIFE THREATING SITUATION BY NOT MAKEING A CELL CHANGE AND IF THEY WOULD OF NO ONE WOULD OF GOT ASSAULTED AND I WOULDN'T OF GOT HURT SO YOU CAN'T GET AROUND THAT EITHER

A unds color of law D 62) ALL THESE DEFENDANTS KNEW AND ACTED UNDER COLOR OF STATE LAW.

D & I 63) I THE PLAINTIFF WROTE INMATE GRIEVANCES AND THE WARDEN AND SUPERVISING CAPTAIN AND MAJORS LAJOIE, WHIDDEN, AND CORRECTIONAL OMBUDSMAN OFFICE, COMMISSIONER OF CORRECTIONS, I EVEN WROTE THE INTERNAL AFFAIRS DEPARTMENT AND I USED THE INMATE GRIEVANCE PROCEDURE TO TRY AND GET SOMETHING DONE AND EXHAUST ALL MY ADMINISTRATIVE REMEDIES I HAVE PROOF OF ALL MY PAPERWORK AND LETTERS FROM PEOPLE I WROTE. AND

(16)·

I FILED 3 INMATES GRIEVANCES FORMS AND SOME OF MY
REQUESTES AND LETTERS WENT UNANSWERED BYE
CORRECTIONAL STAFF AND EVERYONE HAS A COPY OF
WHAT I WROTE OR SENT to THEM REQUESTING
ASSISTANCE AND I AM ALSO FORWARDING LETTERS
AND INMATE REQUEST FORMS I WROTE THAT WENT
UNANSWERED to SHOW I MADE ATTEMP WITH
CORRECTIONS STAFF AND I FILED EVERYTHING IN
REGARDS To SHOW I HAVE TRYED to EXHAUST ALL OF
MY REMEDIES So LET THE RECORD SHOW. AND I ALSO
STILL HAVE A SITUATION PENDING. I UNDERSTAND
THAT WHEN YOU ASK THE DEPARTMENT OF CORRECTIONS
to INVESTIGATE ONE OF THEIR OWN PEOPLE
THINGS DON'T GET DONE AND PEOPLE DON'T ANSWER
LETTERS OR REQUEST FORMS BACK AND I'VE SENT
THE COMMISSIONER OF CORRECTIONS IN CONNECTICUT
CUPIES OF ALL LETTERS AND REQUEST FORMS. AND
MY (INMATE APPEAL GRIEVANE) WAS DENIED. LET
IT BE KNOWN I WAS ASSAULTED BY CORRECTIONAL
OFFICERS USEING VERY CRUEL AND VERY UNUSUAL
PUNISHMENT BYE PICKING ME UP AND BODY SLAMMN
ING ME ON MY FACE AND MAKEING ME BLEED AND I
AM ALSO REQUESTING THE COURT to REVIEW AND
HOLD THE (VIDEO TAPE) IN QUESTION AND YOU'LL SEE
THE THRUTH AND WHAT HAPPEN. I'VE WROTE to
THE GRIEVANCE COORDINATOR OUELLET REQUESTING
CUPIES OF MY GRIEVANCES AND LETTERS I SENT to HIM
AND RECEIVED NO ACKNOWLEDEMENT BACK FROM
HIM AND YOU'LL SEE REQUESTS FROM COUNSELER
I WROTE REQUESTING COPIES OF GRIEVANCES THATS
WAS FILED AND AS OF THIS FILEING DATE THE
GRIEVANCE COORDINATOR OR NO STILL HAVE INT
ANSWER ME BACK PLEASE NOTE THAT I PRISONER
KEVIN S. TUCKER #44184 DID FILE GRIEVANCE FORM
to EXHAUST MY REMEDIES AND INTERNAL AFFAIRS

# RELIEF

D

WHEREFORE THE PLAINTIFF RESPECTFULLY REQUEST THIS COURT TO ENTER A JUDGEMENT GRANT HIM:

A declaratory Judgement THAT THE DEFENDANTS ACTS, policies AND practices HERE IN DESCRIBE AND complained of VIOLATED THE PLAINTIFF RIGHTS UNDER THE 8th AMENDMENT OF THE UNITED STATES consititution

PUNITIVE DAMAGES IN THE AMOUNT OF 99 THOUSAND Dollors FROM EACH DEFENDANT

COMPENSATION DAMAGES IN THE AMOUNT OF 99 THOUSAND Dollors FROM EACH DEFENDANT

PLAINTIFF RESPECTFULLY REQUEST
# TRIAL BY A JURY #

THE PLAINTIFF
BY: KEVIN S. TUCKER SR. #94084
Kevin S. Tucker Sr.
3East 216B Housing unit
Northern correctional institution
P.O. Box 665
Somers, connecticut, 06071-0665

(18)

# VERIFICATION

PLAINTIFF KEVIN S. TUCKER SR. #94084 BEING FIRST DULY SWORN, DEPOSE AND SAY THAT HE RESIDE AT NORTHERN CORRECTIONAL INSTITUTION P.O. BOX 665, SOMERS, CONNECTICUT 06071-0665 THAT HE READ THE FOREGOING COMPLAINT AND KNOWS THE CONTENTS HERE TO BE TRUE TO THE BEST OF HIS KNOWLEDGE. AND THIS IS ME AND MY SIGNATURE: BELOW AND I ALSO STATE I TRYED TO EXHAUST MY ADMINISTRATIVE REMEDIES BY INMATE GRIEVANCES AND WRITING STAFF:

_Kevin S. Tucker Sr._ #94084

SUBSCRIBED AND SWORN TO BEFORE ME A NOTARY PUBLIC ON THIS ___25th___ DAY OF ___July___ 2002

_Robyn D. Dennaio_

# NOTARY PUBLIC

my comm. exp. 6/30/05

(19)

I KEVIN S. TUCKER SR. # 94084 DECLARE UNDER THE
PENALTIES OF PERJURY THAT MY ANWERS TO THE FORE
going QUESTIONS ARE TRUE TO THE BEST OF MY
KNOWLEDGE.

I UNDERSTAND THAT IF I AM ASSIGNED A LAWYER AND MY
LAWYER LEARNS, EITHER FROM MYSELF OR ELES WHERE,
THAT I CAN AFFORD A LAWYER, THE LAWYER MAY GIVE
THIS INFORMATION TO THE COURT. SEE LOCAL RULE
29 (B) 4 AND (9)

I UNDERSTAND THAT IF MY ANSWER ON MY APPLICATION
TO PROCEED IN FORMA PAUPERIS AND OR ON
THIS APPLICATIONS FOR APPOINTMENT OF COUNSEL ARE
FALSE, MY CASE MAY BE DISMISSED. SEE 28 U.S.C.
$ 1915 (E). I HERE BY WAIVE MY PRIVILEGE OF
ATTORNEY-CLIENT CONFIDENTIALITY TO THE
EXTENT NECESSARY FOR MY APPOINTED ATTORNEY
TO MAKE AN APPLICATION TO BE RELIEVED FROM
APPOINTMENT AS PROVIDED IN LOCAL RULES
29 (C) AND (d). I UNDERSTAND THAT FILING THIS
MOTION DOES NOT EXCUSE ME FROM LITIGATING MY CASE
AND THAT IT IS STILL MY RESPONSIBILITY TO HAVE THE
DEFENDANTS SERVED WITH PROCESS IN ACCORDANCE
WITH RULE 4

Kevin S. Tucker Sr. #94084

SUBSCRIBED AND SWORN to BEFORE ME A NOTARY
PUBLIC ON THIS ___ 25th ___ DAY OF July
2002

Robyn DiGennaro
NOTARY PUBLIC
my comm. EXP. 6/30/05

OF THE FEDERAL RULES OF CIVIL
PROCEDURE, IF I HAVE NOT ALREADY DONE SO
I ALSO UNDERSTAND THAT FILING THIS
MOTION DOES NOT STAY THIS CASE AND DOES
NOT EXCUSE ME FROM RESPONDING to ANY
MOTION BY THE DEFENDANTS. I SWEAR
THAT THE CONTENTS HERE ARE TRUE TO THE
BEST OF MY KNOWLEDGE AND THIS IS ME
AND MY SIGNATURE: BELOW



Kevin S. Tucker Jr. #494084

SUBSCRIBED AND SWORN to BE FORE ME A
NOTARY PUBLIC ON THIS 25th DAY OF
July          2002


Robyn DiGennaro
NOTARY PUBLIC

My comm exp. 6/20/05