# EXHIBIT B

☒ Individual
☐ Summary

# Incident Report - Page 1
## Connecticut Department of Correction

CN 6601

3-8-96

| Facility/CSO | NCI | Incident location | 1E 211 | Report no. | 0201034 |
|---|---|---|---|---|---|
| Prepared By | ROHAN L DAIRE | Title | S/O | Report date | 1-8-02 |

Incident Class ☐ 1 ☐ 1a ☒ 2 ☐ 3    Type I    Time 420 ☐ a.m. ☒ p.m.

| Inmate Name (last and first) | Hsg Unit | Race | ID no. | Status | Staff name (last and first) | Race | Title | Status |
|---|---|---|---|---|---|---|---|---|
| NEAL, MORRIS | 1E 211 | B | 230420 | V | DAIRE, ROHAN | B | S/O | R |
| TUCKER, KEVIN | 1E 211 | B | 94084 | S | Gargiulo, Marc | W | LT | EW |
| Staff name cont'd | Race | Title | Status | — | Lloyd, Neva | W | LT | EW |
| Kane, Michael | W | C/O | EW | — | Lindsay, Alphonso | B | C/O | EW |
| O'Dell, Shawn | W | C/O | EW | — | Castonguay, Peter | W | C/O | EW |
| Howes, Jeremy | W | C/O | EW | — | Welch, Mark | W | C/O | EW |
| Melbourne, Jason | W | C/O | EW | — | Paton, Craig | W | C/O | EW |
| Potter, John | W | C/O | EW | — | Perkins, Frederick | W | C/O | EW |
| Tye, Jeffrey | W | C/O | EW | — | Curran, James | W | C/O | EW |

Status code: V = victim, S = suspect, E = escape, R = first employee
Responder, W = inmate witness,  EW = employee witness

Race code:   W =  White,  B =  Black,  H =  Hispanic,
N =   Native American,  O = Other

**NARRATIVE:** WHILE CONDUCTING INMATE SHOWERS IN THE UNIT. I (S/O DAIRE) AND S/O LINDSEY ESCORTED I/m NEAL BACK TO HIS CELL. AFTER I REMOVED I/m TUCKER HAND CUFF. I/m TUCKER REFUSED TO LET I/m NEAL COME TO THE FOOD SLOT TO REMOVE HIS HANDCUFF. I/m TUCKER STATED "YOU BETTER GET BRASS", THIS STATED "OK". S/O LINDSEY WENT TO MAKE THE CALL FOR BRASS. AT THIS TIME I (S/O DAIRE) KEPT A EYE ON THE SITUATION. I/m TUCKER STARTED TO ATTACK I/m NEAL (WHO WAS STILL HANDCUFF) WITH A PEN - THIS WRITER CALLED A CODE BLUE, WAITED FOR ENOUGH STAFF TO ENTER THE CELL. I (S/O DAIRE) ENTERED THE WITH A OTHER STAFF MEMBER GRABBING I/m TUCKER BY THE UPPER TORSO AND PUSHING HIM OUT THE CELL ON TO THE TIER. HE WAS SECURED BY OTHER STAFF MEMBERS AND TAKEN TO MEDICAL. DURING THE INCIDENT I WAS EXPOSED TO THE INMATES BLOOD.

Reporting employee signature *Rohan L Daire*

| Title | S/O | Date | 1-8-02 |
|---|---|---|---|

## FOLLOW UP

| Property Damage | NA | Value $ | NA |
|---|---|---|---|

Contraband Recovered    (1) Blue round stic med/mag USA pen (Secured as evidence)

| Physical Force | YES | Chemical Agents | NA | Restraints | YES |
|---|---|---|---|---|---|

Assigned to:  ☐ Protective Custody    ☐ Isolation    ☒ Medical

☐ Administrative Detention    ☒ Outside hospital  Enfield Ambulatory Unit

☒ 15 – minute watch    ☒ Other: In Cell Restraints  1E-103

(INMATE TUCKER # 94084)



# Incident Report – Page 

## Connecticut Department of Correction

CN 6601

3-8-96

## CONTACTS

| | | | | |
|---|---|---|---|---|
| Unit Administrator Duty officer head Warden Myers | Date 1-8-02 | Time 5 30 | ☐ a.m. | ☒ p.m. |
| Central Office  NA | Date | Time | ☐ a.m. | ☐ p.m. |
| Outside Agency Berkly Care Network | Date 1-8-02 | Time 8 50 | ☐ a.m. | ☒ p.m. |
| Police  Connecticut State Police  Trooper Gershowitz | Date 1-8-02 | Time 9 30 | ☐ a.m. | ☒ p.m. |
| Fire  NA | Date | Time | ☐ a.m. | ☐ p.m. |

## OTHER ATTACHED REPORTS

| | |
|---|---|
| Use of Force  See Coversheet | Medical  See Coversheet |
| Disciplinary  See Coversheet | Other(specify)  See Coversheet |

## CRIMINAL PROSECUTION

| If a staff member was assaulted during the Incident, is criminal prosecution requested?  ☐ Yes  ☒ No | CT State Police investigation no. C02001735 |
|---|---|

**Shift Supervisor Review:**

See Shift Commanders Review

Signature  Matthew M. Reyn          Date: 1-8-02

**Unit Administrator Review**  This was a very serious incident. All staff responded quickly to prevent any serious injury the staff involved placed themselves in danger by entering the cell to remove the assailant and disarm him with the makeshift weapon (Pen). They shall be commended

Signature [signature] WARDEN          Date: 1/16/02

**Central Office Review:** For a job well done. All were treated. However officer Reyn requires significant exposure protocol for Blood Contamination. DR Blanchette speak to him and other involved staff. CSP was contacted for possible prosecution in the assault.  Leo 1/9/02 [initials]

Signature          Date:

# Incident Report – Page 3

CN6601

[ ] Individual

[X] Summary

### Connecticut Department of Correction

| Unit    NORTHERN C.I. | Report #    C&C/034 | Report Date    08 January 2002 |
|---|---|---|
| Prepared by    Gargiulo, Marc | Title    Lieutenant | Signature    *Marc A. Gargiulo* |

| Incident Class    1 [ ] 1a [ ] 2 [X] 3 [ ] | Type    I | Time    4:20 | [ ] A.M. [X] P.M. | Date    08 Jan. 2002 |

On 08 January 2002 at 4:20 PM while performing duties as a shift supervisor at Northern Correctional Institution, this writer responded to a code blue announced over the facility hand held radio by Officer Daire in the East 1 housing unit, cell 211. While en route to the unit, I directed Officer Kane to retrieve a camera upon entering the East 1 unit. Upon arrival at cell 211, I observed that cell 211 was open and that Officers Paton, O'Dell and Lindsey were securing inmate Tucker, Kevin #94084 East 1 cell 211A on the tier floor in front of shower S23. I also observed that Officers Welch and Perkins had inmate Neal, Morris #230420 East 1 cell 211B secured on the floor of cell 211 and that he was already secured in handcuffs behind his back. Lieutenant Lloyd then assumed supervision of inmate Tucker. I then entered cell 211. I immediately noticed that there was blood in the cell in several places. I noticed that there was blood on the floor, bottom bunk and desk and that inmate Neal appeared to be bleeding from a head wound. I then noticed that Officer Welch was not wearing any gloves while securing inmate Neal. I instructed Officer Curran to relieve Officer Welch and directed Officer Welch to wash his hands. Officer Tye then reported to the cell with leg irons. Inmate Neal was then secured in leg irons and a tether chain. Officer Welch then returned to the cell with gloves on. Officers Welch and Curran then stood inmate Neal up and escorted him to the tier wall outside of cell 211. Inmate Neal was secured there until such time as the East 1 medical screening room was available. Currently, inmate Tucker was being evaluated / treated in the East 1 medical screening room. I was then informed by unit staff of the events leading up to the code blue:

Officers Daire and Lindsey were conducting showers in the East 1 housing unit. Inmate Tucker declined to come out of the cell for a shower. Inmate Neal was escorted out of the cell for a shower. Upon returning inmate Neal to cel 211, inmate Tucker was secured in handcuffs. The cell door was then opened and inmate Neal was escorted into cell 211. The leg irons were then removed from inmate Neal and staff exited the cell. The cell door was then secured. Staff then removed the handcuffs from inmate Tucker. Inmate Tucker then refused to allow inmate Neal to come to the trap to have his handcuffs removed. Inmate Tucker then stated to staff that they had "better get the brass." Officer Lindsey then exited the tier to notify a supervisor of the situation. Officer Daire stayed in front of cell 211 to observe inmates Neal and Tucker. Inmate Tucker then started to stab inmate Neal with a pen multiple times. Officer Daire then announced a code blue. Upon the arrival of adequate staff, Officer Potter who was the East 1 control pod officer, opened the cell door when staff on the tier signaled for him to do so. Staff on the tier felt that for inmate Neal's safety, immediate action had to be taken, so upon arrival of adequate staff, they signaled for the cell door to be opened. Staff then separated inmates Tucker and Neal. Inmate Neal was secured against the cell wall in cell 211 and inmate Tucker was secured on the tier floor outside of shower S23. I was at this time that myself and Lieutenant Lloyd arrived in the unit.

Once this was explained to me, I then asked Officers Curran and Welch if they were wearing two pairs of gloves. Officer Welch stated that he was only wearing one pair of gloves. I then had Officer Tye relieve Officer Welch so that Officer Welch could put on a second pair gloves. Officers Tye and Curran then escorted inmate Neal to the East 1 medical screening room. Inmate Neal was evaluated / treated by Correctional Registered Nurses Michael Lyman and Nancy Hill who reported the following injuries to inmate Neal: one 2.5 cm laceration below the right temple, small laceration to inside of mouth, two (2) puncture wounds to back of neck, two (2) puncture wounds to upper back, and one (1) puncture wound to the left shoulder. CN Hill stated that inmate ------continued on page 4

# Incident Report – Page 4

CN6601

☐ Individual

☒ Summary          Connecticut Department of Correction

| Unit | NORTHERN C.I. | Report # | 0201054 | Report Date | 08 January 2002 |
|------|---------------|----------|---------|-------------|-----------------|

| Prepared by | Gargiulo, Marc | Title | Lieutenant | Signature | Marc A. Gargiulo |
|-------------|----------------|-------|------------|-----------|------------------|

| Incident Class | 1 ☐ | 1a ☐ | 2 ☒ | 3 ☐ | Type I | Time 4:20 | ☐ A.M. | ☒ P.M. | Date 08 January 2002 |
|----------------|-----|-------|-----|-----|--------|-----------|--------|--------|----------------------|

Neal was cleared to return a cell. I then took Polaroid pictures of inmate Neal to document his condition. I was then informed that the following officers were exposed blood on their bare skin during this incident: Officers Daire, Castonguay, Welch, and Paton. I then directed Officers Daire, Castonguay, Welch and Paton to report to the infirmary unit for evaluation by medical staff. Officers Tye and Curran then escorted inmate Neal to West 1 cell 103. Upon arrival in cell 103, inmate Neal was strip searched by Officers Curran, Tye and Perkins. During the strip search, inmate Neal's underwear and towel that he was wearing were confiscated due the fact that they appeared to have blood on them. At this time, I interviewed inmate Neal as to what happened. Inmate Neal's account of the incident coincided with the account that I was given by officers, that he was assaulted by inmate Tucker while he (inmate Neal) was secured in handcuffs. I asked inmate Neal if he wanted to press outside charges. Inmate Neal's response to me was "Nah, I don't get down like that." I then stated "No, you don't want to press charges?" Inmate Neal then stated "I don't get down like that." Inmate Neal was then issued a new mattress, new bed linens, new underwear and a new jumpsuit. The leg irons and tether chain were removed from inmate Neal. Inmate Neal was directed to lie down on the bunk face down and not to move until staff exited the cell. He complied. Staff then exited the cell. The cell door was secured, at which time inmate Neal's handcuffs were removed.

During the incident the following staff injuries / bodily fluid exposures occurred:

Officer Welch was exposed to blood on intact skin on his right and left hands from inmate Neal's wounds. Officer Welch's exposure was deemed to be non-significant by Dr. Blanchette and after being seen by medical staff, returned to full duty with no restrictions. Officer Welch was offered a shower and change of clothing, both of which he declined.

Officer Paton was exposed to blood on intact skin on his left forearm. Officer Paton was unsure at what point during the incident he was exposed to the blood. Officer Paton's exposure was deemed to be non-significant by Dr. Blanchette and after being evaluated by medical staff, returned to full duty with no restrictions. Officer Paton was offered a shower and change of clothing, both of which he declined.

Officer Daire was exposed to blood on his left and right elbows. Officer Daire's elbows had broken skin. Officer Daire was evaluated by medical staff and consulted with Dr. Blanchette. After consulting with Dr. Blanchette, Officer Daire reported to the Enfield Ambulatory Care Center for further follow up. Officer Daire was offered a shower and change of clothing, both of which he declined. Officer Daire was sent home upon his return from Enfield Ambulatory Care Center. Officer Daire was offered a ride home and declined.

Officer Castonguay was exposed to blood on intact skin on his left forearm and cheek. Officer Castonguay's exposure was deemed to be non-significant by Dr. Blanchette. Officer Castonguay was evaluated by medical staff and returned to full duty with no restrictions. Officer Castonguay was offered a shower and change of clothing, both of which he declined.

------------------------------------------------------------------------------------------------continued on page 5

# Incident Report – Page 5

CN6601

☐ Individual

☒ Summary

## Connecticut Department of Correction

| Unit | NORTHERN C.I. | Report # | 0201034 | Report Date | 08 January 2002 |
|------|---------------|----------|---------|-------------|------------------|
| Prepared by | Gargiulo, Marc | Title | Lieutenant | Signature | *Marc A. Gargiul* |

| Incident Class | 1 ☐ | 1a ☐ | 2 ☒ | 3 ☐ | Type  I | Time  4:20 | ☐ A.M. | ☒ P.M. | Date  08 January 2002 |

At Approximately 10:00 PM Officer Lindsey entered the supervisors' office and stated the he had just been evaluated by medical staff. Officer Lindsey stated that at approximately 9:25 PM he started to experience pain in his right knee. Officer Lindsey further stated that he struck his knee on the tier floor while securing inmate Tucker during the code blue and that it didn't start to hurt until approximately 9:25 PM. Officer Lindsey's injury was treated on-site and he returned to full duty with no restrictions.

All worker's compensation paperwork was completed and faxed to Tina St. Germain. The original copies were also forwarded to Tina St. Germain. Contact person Stephanie at Berkley Care Network was contacted about Officers Paton, Welch, Castonguay, and Daire. Stephanie stated to me that she wanted to have the information faxed instead of phoned in. Therefore, the information on Officers Castonguay, Paton, Welch and Daire was faxed to her (see attached confirmation of fax). The information on Officer Lindsey was phoned in to Berkley Care contact person Mary.

Inmate Tucker received the following injuries: red marks on the right side of his head. Inmate Tucker was placed on in-cell restraint status by Lieutenant Lloyd (see attached incident report supplemental from Lieutenant Lloyd).

Cell 211 was secured as a crime scene. One (1) videotape was taken of cell 211 to document its condition. Polaroid pictures were also taken of cell 211. I was then instructed by Captain Regan that once the cell was documented via videotape and pictures, the cell was to be cleaned. Cell 211 was then cleaned utilizing all appropriate universal precautionary measures.

At approximately 9:40 PM while touring the West 1 housing unit, inmate Neal then informed me that he changed his mind and now wanted to press outside criminal charges against inmate Tucker. Connecticut State Police Troop C Trooper Gershowitz had already been cantacted at 9:30 PM and assigned case #C02001735.

All appropriate occupational exposure protocols were followed with regards to the officers' exposure to blood during the incident (see attached occupational exposure checklists).

The following items were secured as evidence from this incident: one state-issued Bic brand pen, one pair of boxers and one towel belonging to inmate Neal, and four socks, two pairs of underwear, and one t-shirt belonging to inmate Tucker.

Three (3) VHS-C videotapes and one (1) Aurora tape #A-7 were secured as evidence.

A request for mental health services form was completed for inmates Neal and Tucker.

Inmate Tucker was placed on custody 15-minute watch, issued a new mattress, new underwear, new t-shirt, new jumpsuit, new bed linens, evaluated by medical staff and placed on modified meal status per Unit Directive 9.4.1 Restrictive Status.------------------------------------------------------------------------------------continued on page 6

# Incident Report – Page 6

CN6601

☐ Individual

☒ Summary

Connecticut Department of Correction

| Unit | NORTHERN C.I. | Report # | *0201034* | Report Date | 08 January 2002 |
|------|---------------|----------|-----------|-------------|-----------------|
| Prepared by | Gargiulo, Marc | Title | Lieutenant | Signature | *Marc J. Gargiulo* |

| Incident Class | 1 ☐ | 1a ☐ | 2 ☒ | 3 ☐ | Type | I | Time | 4:20 | ☐ A.M. | ☒ P.M. | Date | 08 January 2002 |

When interviewed by this writer, inmate Neal stated that he didn't know why inmate Tucker attacked him.

When interviewed by Lieutenant Lloyd, inmate Tucker stated that inmate Neal was in his space and had been threatening him (inmate Tucker) all day.

Inmate Tucker received one (1) disciplinary report for the class "A" charge of Assault.

In conclusion, it appears that inmate Tucker felt inmate Neal was threatening him and used the opportunity of inmate Neal being handcuffed to attack inmate Neal with a pen. Staff felt that inmate Neal was in danger so, upon the arrival of sufficient staff, signaled for the East 1 control pod to open cell 211. Staff then entered the cell and separated inmates Neal and Tucker. Myself and Lieutenant Lloyd then arrived. Both inmates were evaluated and treated by medical staff. Inmate Tucker was placed on in-cell restraint status. Inmate Neal was moved to another cell. Inmate Neal originally declined to press outside criminal charges against inmate Tucker. Connecticut State Police Troop C was contacted regardless per Major Lajoie due to nature of incident. Inmate Neal then decided at approximately 9:30 PM that he wanted to press outside charges against inmate Tucker. Lastly, Duty Officer Lead Warden Myers was notified of incident and corrective action taken at 5:30 PM. End of report. *(MJ)*

# Incident Report – Page 7

CN6601

[X] Individual

[ ] Summary

Connecticut Department of Correction

| Unit | NORTHERN C.I. | Report # | 0201034 | Report Date | 01-08-02 |
|---|---|---|---|---|---|

| Prepared by | LLOYD,N, | Title | LIEUTENANT | Signature | |
|---|---|---|---|---|---|

| Incident Class | 1 [ ] | 1a [ ] | 2 [X] | 3 [ ] | Type  I | Time  4:20 | [ ] A.M. | [X] P.M. | Date  01-08-02 |
|---|---|---|---|---|---|---|---|---|---|

While on duty as second shift supervisor at Northern Correctional Institution, a "Code Blue " was called by Officer Daire in 1 East 211 cell. Upon my arrival, I observed Officers Lindsey, O"dell and Paton on the top tier of 1E Unit, with Inmate Tucker,K. 94084  (Phase 1 A.S. level 5) who was in the proned position, face down, hand-cuffed.

    At that time Inmate Tucker  was bleeding from the mouth, therefore I, Lt. Lloyd directed Officer Krane to begin videotaping(the camera was already in his possession). After logging on camera I then directed Officers Lindsey(left side escort), O'dell (right side escort) and Howes(stripsearch assist) to place thether chain and legirons to Inmate Tucker, and escort him to the Medical Screening Room for assessment and evaluation.

    Once inside the Medical Screening Room, Inmate Tucker was treated for superficial wounds to his lower lip, nose , right side of his forehead and knuckles.-See photos. As I attempted to interview Inmate Tucker, he began to explain to me that he stabbed his Cellmate (Neal,M.#230420 phase 1 A.S. level 5) "a couple of times with a pen and the began punching him." When asked what brought this assault foreward, he said to me that his cellmate was in his space, and that his cellmate had been threatening him all day long. I then asked Inmate Tucker if he had discussed this issue with any supervisor, and he said:" No, I had to do what I what I had to do".

    Upon completion of his Medical treatment, under my direction, Inmate Tucker was escorted to 1E-103 cell where he was stripsearched and placed on In-Cell Restraint Status for his accutely disruptive behavior (Assault.) He was issues 1 Class A D.R. for Assault-

1 Modified Meal Request-

1 Mental Health Refferral-

1 clean jumpsuit, boxer short, tee shirt, slippers, 1 mattress and bed roll.

His property was removed from his cell of 211, inventoried, packed and secured in the property storage room-see attached.

Conclusion;

Arriving as the second responding Supervisor assissting Lt. Gargiulo(first responding supervisor), I assisted him in restrainting, securing and escorting Inmate Tucker to the Med. Screening Room for evaluation. Upon learning that Inmate Tucker had admitted to assaulting Inmate Neal through my interview, I then placed Inmate Tucker on In-Cell Restraint Status for his accutely disruptive behavior. See I.R. by Lt. Gargiulio.

# Incident Report – Page 8

CN6601

[X] Individual

[ ] Summary

Connecticut Department of Correction

| Unit | NORTHERN C.I. | Report # | 0201034 | Report Date | 1-8-2002 |
|---|---|---|---|---|---|
| Prepared by | Matthew M.Regan | Title | Captain | Signature | |

| Incident Class | 1 [ ] | 1a [ ] | 2 [ ] | 3 [X] | Type I | Time 4:20 | [ ] A.M. | [X] P.M. | Date 1-8-2002 |

In reviewing the stated incident, all staff acted professionally and in accordance with Directives 2.17, 6.5, 6.6, 7.3, and 9.4.. At approximately 4:20p.m., a "Code Blue" was called in the 1 East Housing Unit via the radio. At this juncture, I reported to the control center (i.e. command center) where the following information was forwarded:

Lt's Gargiulo (primary) and Lloyd (secondary) reported to the affected area (1 East-211), at which point they were instructed by staff that Inmate Tucker, Kevin #94084 assaulted his cell partner Inmate Neal, Morris #230420 with a state issued pen. Apparently, Inmate Neal had just returned from the shower, and upon having his restraints removed, Inmate Tucker attacked him and assaulted him (see photo's). Inmate Neal during this assault received puncture wounds as well as superficial abrasions, while Inmate Tucker received superficial abrasions (see medical incident reports). Note: Each inmate received on-site medical attention.

Upon staff responding to the affected area, each inmate was separated and assessed by medical. Inmate Tucker was moved to 1-East-103 and placed onto In-Cell Restraints for assaultive behavior under standard operating procedures, while Inmate Neal was moved to 1 West-103 and re-issued proper garments and his property.

During this incident, there were no chemical agents deployed, the Aurora tape was secured as evidence, all proper notifications were completed (i.e. Duty Officer Lead Warden Myers, Major Lajoie, Major Whidden, Connecticut State Police, and the Berkley Care Network). All proper paperwork was completed and forwarded to the Major of Operations Lajoie (i.e. Incident Reports, Worker's Compensation Forms, Use of Force Reports, Disciplinary Report for Assault, Serious Incident Report, Medical Incident Report's, Property Inventory, Videotape Chain of Custody, etc).

Cell 1 East-211 was videotaped as evidence and properly decontaminated utilizing exposure protocol. During this incident there were (3) non- significant blood exposures to staff (Officer's Castonguay, Welch and Paton). Officer Daire was deemed to have a significant exposure and was sent to the Enfield Ambulatory Unit for further evaluation (see attached paperwork). Each officer was relieved of duty, completed all necessary paperwork, and Officer's Castonguay, Paton and Welch were deemed by medical available to report back to their assigned posts without restrictions, while Officer Daire was relieved of duty for the remainder of the shift for precautionary reasons. Officer's Castonguay, Welch and Paton stated that they would be reporting for their next scheduled day of work, while Officer Daire had a scheduled medical appointment for 8:00a.m. on 1-9-02 for further follow-up.

In conclusion, during Lt.Gargiulo's interview of Inmate Neal, he stated that the attack was "unprovoked", and didn't know why Inmate Tucker did it (see interview on videotape), while during Lt.Lloyd's interview of Inmate Tucker, he self-admitted to all allegations, lastly stating "the kid was in my space, he's been threatening me all day, I had to do what I had to do"(see interview on videotape).

The videotapes of the incident were secured as evidence, while this report writer recommends MVP cards for all staff involved in the incident. A serious and hazardous incident was handled quickly, efficiently and professionally. There was no further incident incurred, with all proper log notations completed.

End of Report.

Case 3:02-cv-01357-WWE    Document 19-4    Filed 08/06/2004    Page 10 of 38

☒ Individual
☐ Summary

# Incident Report - Page 9
## Connecticut Department of Correction

| Unit   NORTHERN C.I. | Report No.   0201034 | Report Date  1/8/02 |
|---|---|---|
| Prepared By   JEFFREY TYE | Title  Correction Officer | Signature  Jeffrey Tye |

| Incident Class   1 ☐ 1A ☐ 2 ☒ 3 ☐ | Type   I | Time  420  ☐ A.M. ☒ P.M.   Date 1/8/02 |

On the above date and time this officer responded with staff to a code blue in 1east cell 211. This officer was instructed by Lt. Gargiuto to secure the left side of I/m Neal, Morris #230400 while c/o Curran secured the right side. I/m was then escorted to Medical Screening for medical treatment. This officer then secured the left side while c/o Curran secured the right side to escort the I/m from 1east to 1west cell 103. where he was routinely strip searched by c/o Perkins and secured in cell 103 without further incident.

# Incident Report - Page 10

☒ Individual
☐ Summary

### Connecticut Department of Correction

| Unit NORTHERN C.I. | Report No. 0001034 | Report Date 1-8-02 |
|---|---|---|
| Prepared By James Curran | Title C/O | Signature |

| Incident Class 1☐ 1A☐ 2☒ 3☐ | Type I | Time 4²⁰ ☐ A.M. ☑ P.M. | Date 1-8-02 |

On the above date and time this
Officer responded to a Code Blue in 1 East
211 Cell. I was Instructed by Lt Gargillo
To relieve C/O Welch, I Secured Im-
neal's upper torso, and head area, while
in cell 1 East 211. I Then Secured his
right side while Escourting him to 1 east
medical Screening room. After he was
Scene by NCI Medical, I Escourted him
across the hall, under the Supervision of
Lt gargillo to cell 1 west 103 Cell.
Once he was in the Cell, 103 west I
assisted in Strip Searching him. This
Inmate was then Secured in Cell 1 west 103
Cell.

# Incident Report – Page 11

CN6601

☒ Individual
☐ Summary

Connecticut Department of Correction

| Unit  NORTHERN C.I. | Report # 0701034 | Report Date 1/8/02 |
|---|---|---|
| Prepared by  F. Perkins III | Title  Officer | Signature _Gerald Perk_ |
| Incident Class 1 ☐ 1a ☐ 2 ☒ 3 ☐ | Type I Time 4:20 ☐ A.M. ☒ P.M. | Date 1/8/02 |

On the above date and time while working in the
1 EAST Housing Unit, this officer responded to a code Blue called
in cell # 211. Upon entering the cell this officer, PERKINS,
secured Inmate Neal, MORRIS # 230420 against the rear
wall of the cell. Inmate Neal, Morris was then placed in
the prone position when additional staff arrived. At which time
this officer maintained control of Inmate Neal's legs.
This officer then placed a tether chain and leg irons
to the mentioned Inmate. This officer then assisted
in escorting I/m Neal to medical, where he was evaluated
by medical. This officer then performed a strip search
and removed the restraints in cell # 103 in the 1 west
Housing Unit where I/m Neal was secured.
EOS _F Perk_

# Incident Report – Page 12

☒ Individual
☐ Summary

Connecticut Department of Correction

| Unit | NORTHERN C.I. | Report # 0201034 | Report Date 1-8-02 |
|------|---------------|------------------|--------------------|
| Prepared by LINDSEY | | Title C/O | Signature Alphonso Lindsey |
| Incident Class  1 ☐  1a ☐  2 ☐  3 ☒ | Type I | Time 4:20 | A.M. ☐  P.M. ☒  Date 1-8-02 |

ON THE ABOVE DATE AND TIME, THIS OFFICER (LINDSEY)
ASSIGNED TO THE 1 EAST HOUSING, OBSERVED I/m TUCKER
#94084 ATTACK HIS CELL MATE I/m NEAL #230420
USING HIS INK PEN TO STABB HIM WHILE I/m NEAL
WAS STILL RESTRAINED IN HAND CUFFS. TO PREVENT
FUTHER ASSAULT FROM I/m TUCKER THIS OFFICER
ENTERED CELL-211 AND REMOVED HIM OFF OF
I/m NEAL, AND SECURED HIM OUT OF THE CELL
ON THE TIER RESTRAINED. THIS OFFICER THAN
ESCORTED I/m TUCKER OFF THE TIER TO MEDICAL
SCREENING ROOM FOR EVALUATION FROM MEDICAL
STAFF, I/m TUCKER WAS ESCORTED TO CELL-103
FOR STRIP SEARCH AND INCELL PLACEMENT. WITH NO
FUTHER INCIDENT. THIS OFFICER WAS ACTING UNDER
THE SUPERVISOR DIRECTION (LT. LLOYD).

# Incident Report – Page 13

CN6601

- [✓] Individual
- [ ] Summary

Connecticut Department of Correction

| Unit | NORTHERN C.I. | Report # | 0201034 | Report Date | 1-8-02 |
|------|---------------|----------|---------|-------------|--------|
| Prepared by | M Welch | Title | c/o | Signature | M Welch |

| Incident Class | 1 [ ] | 1a [ ] | 2 [ ] | 3 [✓] [ ] | Type I | Time 43⁰ | [ ] A.M. | [✓] P.M. | Date 1-8-02 |

On the above date and time this officer responded to a fight between two inmates. When I entered cell 211 least I helped restrain inmate Neal on the floor. While I was taking this inmate to the prone my rubber gloves ripped creating inmate blood contact on my right and left hand.

This officer was then relieved by other staff to wash my hands in medical screening.

Welch

# Incident Report – Page 14

CN6601

☒ Individual

☐ Summary

Connecticut Department of Correction

| Unit          NORTHERN C.I. | Report # 0201034 | Report Date 01-08-02 |
|---|---|---|
| Prepared by POTTER, JOHN | Title C/O | Signature M Pott |
| Incident Class 1 ☐ 1a ☐ 2 ☐ 3 ☒ | Type I   Time 420 ☐ A.M. ☒ P.M. | Date 01-08-02 |

ON THE ABOVE DATE AND TIME, THIS OFFICER, C/O POTTER WHILE ASSIGNED TO THE 1 EAST CONTROL POD, UPON I/m NEAL RETURNING FROM THE SHOWER, HAD JUST SECURED CELL 211. THIS OFFICER OBSERVED C/O DAIRE REMOVE HANDCUFFS FROM ONE OF THE I/ms THROUGH THE FOOD SLOT, AT WHICH TIME C/O DAIRE BEGAN CALLING A CODE BLUE TO CELL 211. RESPONDING STAFF AND STAFF ASSIGNED TO THE UNIT WERE AT CELL 211 CALLING ON THE RADIO FOR CELL 211 TO BE UNSECURED. SEEING THAT THERE WAS ADEQUATE STAFF AT CELL 211 AND KNOWING THAT ONE I/m WAS STILL IN HANDCUFFS. FEARING FOR THE RESTRAINED I/ms SAFETY, THIS OFFICER UNSECURED CELL 211. STAFF ENTERED THE CELL AND REMOVED I/m TUCKER, ESCORTING HIM TO THE PRONE POSITION ON THE TIER. RESPONDING STAFF WAS ISSUED A CAMERA FROM THE 1 EAST CONTROL POD. ONCE THE SITUATION WAS UNDER CONTROL, BOTH I/ms WERE SEEN BY MEDICAL STAFF IN THE 1 EAST MEDICAL SCREENING ROOM. THE ENTIRE PROCESS WAS SUPERVISED BY LT GARGIULO AND LT LLOYD.

POTTER

# Incident Report – Page 15

CN6601

☒ Individual
☐ Summary

Connecticut Department of Correction

| Unit | NORTHERN C.I. | Report # | 0201034 | Report Date | 02-08-02 |
|------|---------------|----------|---------|-------------|----------|

| Prepared by | Melbourne, Jason | Title | c/o | Signature | Jason Melbourne |
|-------------|------------------|-------|-----|-----------|-----------------|

| Incident Class | 1 ☐ | 1a ☐ | 2 ☒ | 3 ☐ | Type I | Time 4:20 | ☐ A.M. | ☒ P.M. | Date 02-08-02 |
|---|---|---|---|---|---|---|---|---|---|

On the above date and time a Code blue was Called in 1 East housing Unit Cell 211. I officer melbourne responded to the Code blue in 1 East and began Video Operation of Inmate Neal Morris # 230420 who was on the floor of Cell 211 with restraints on. Under LT. Garguillos direction Inmate Neal was taken from Cell 211 and escorted to Medical Screening room to be checked by Medical with myself Still Video taping Incident. Once checked by medical I Video taped the escort of Inmate Neal from medical Screening room to 1 west housing Unit Cell 103 where he was strip Searched and Secured without Incident. ⊕

# Incident Report – Page 16

CN6601

[X] Individual
[ ] Summary

### Connecticut Department of Correction

| Unit | NORTHERN C.I. | Report # | 0201034 | Report Date | 1-08-02 |
|---|---|---|---|---|---|

| Prepared by KANE, MICHAEL | Title C/O | Signature [signature] |
|---|---|---|

| Incident Class | 1 [ ] | 1a [ ] | 2 [ ] | 3 [X] | Type I | Time 420 | [ ] A.M. | [X] P.M. | Date 1-08-02 |
|---|---|---|---|---|---|---|---|---|---|

On the above time and date this officer responded to a code blue in 1 EAST cell #211 upon arrival this officer was handed a video camera marked "Medical" and was instructed by Lieutenant LLOYD to video tape I/M TUCKER, Kevin # 94084 being escorted to the medical screening room for evaluation following a fight in cell #211 with his cell-mate Neal, Morris #230420.

While on route to the medical screening room this officer realized that the camera was not focusing properly. This problem was corrected.

This officer then video taped I/M TUCKER, Kevin #94084 being escorted to cell #103, in 1 EAST where he was placed in in-cell restraints and secured in the cell.

[signature]

# Incident Report – Page 17

CN6601

☒ Individual

☐ Summary

Connecticut Department of Correction

| Unit | NORTHERN C.I. | Report # | 0301034 | Report Date | 1/8/02 |
|------|---------------|----------|---------|-------------|--------|
| Prepared by S. O'Dell | | Title C/O | | Signature | |

| Incident Class | 1 ☐ | 1a ☐ | 2 ☐ | 3 ☒ | Type I | Time 4²⁰ ☐ A.M. ☒ P.M. | Date 1/8/02 |

On the above date and time this officer responded to a code blue in 1 East cell 211 between I/m Tucker Kevin #94084 and I/m Neal, Morris #230420. Upon arrival this officer secured I/m Tucker's right side while leg irons and tether chain were applied. This officer continued to secure I/m Tucker's right side while escorting I/m Tucker to medical screening to be evaluated by medical staff. After being evaluated this officer continued to secure I/m Tuckers right side and escorted I/m Tucker from the medical screening room to cell 103 in 1 East. This officer continued to secure I/m Tuckers' right side while he was strip searched and placed on incell restraints. I/m Tucker was then checked by medical and secured in 1 East cell 103.

# Incident Report – Page 18

CN6601

[X] Individual

[ ] Summary

Connecticut Department of Correction

| Unit | NORTHERN C.I. | Report # | 0201034 | Report Date | 01-08-02 |
|------|---------------|----------|---------|-------------|----------|
| Prepared by | Craig Paton | Title C/O | | Signature | Paton |

Incident Class  1 [ ]  1a [ ]  2 [ ]  3 [X]   Type I   Time 420 [ ] A.M. [X] P.M.  Date 01/08/02

On 01-08-02 at 420 pm this officer responded to a "code blue" at cell 211 in 1E. This officer entered cell 211 and saw that I/M Neal, Morris # 230420 was already being secured in the prone by other officers. This officer exited cell to 211 and went to assist in securing the other involved inmate, I/M Tucker, Kevin # 94084. This officer arrived when I/M Tucker was already in the prone position and already wearing hand restraints. This officer assisted in securing I/M Tucker's legs while restraints were applied. This officer ~~was~~ saw large amounts of blood in cell 211, and also saw blood on the tier where I/M Tucker was being restrained. This officer later noticed blood smeared on my left forearm. This officer acted as the cover-down officer as I/M ~~Neal, Morris # 230420~~ Tucker, Kevin # 94084 was escorted to 1E-medical screen room. This officer left the unit to retrieve the polaroid camera, at the direction of Lt. Gargiulo, and returned to the unit with the camera. When I returned I/M Neal, Morris # 230420 was being seen by medical staff in the 1E med screen room. This officer then utilized the med. screen sink to wash the blood from my left forearm and reported to the medical unit for treatment and documentation of blood exposure. End of Report

# Incident Report – Page 19

CN6601

[X] Individual

[ ] Summary

Connecticut Department of Correction

| Unit | NORTHERN C.I. | Report # | 0201034 | Report Date | 1-8-02 |
|------|---------------|----------|---------|-------------|--------|

| Prepared by | P. CASTONGUAY | Title | C/O | Signature | |
|-------------|---------------|-------|-----|-----------|--|

| Incident Class | 1 [ ] | 1a [ ] | 2 [ ] | 3 [X] | Type I | Time 4 20 | [ ] A.M. | [X] P.M. | Date 1-8-02 |
|----------------|-------|--------|-------|-------|--------|-----------|----------|----------|-------------|

ON THE ABOVE DATE AND TIME THIS OFFICER RESPONDED TO A CODE BLUE IN 1 EAST. UPON ARRIVAL AT CELL 211 THIS OFFICER WITNESSED I/M TUCKER (94084) STABBING I/M NEAL (230420) IN THE HEAD. AT THIS TIME THERE WAS SUFFICENT STAFF ON THE TIER, SO THE CELL DOOR WAS OPENED. UPON ENTERING THE CELL THIS OFFICER GRABBED I/M TUCKERS LEGS AND OFFICERS DAIRE AND ODELL SECURED THE ARMS, AND MOVED THE INMATE OUT OF THE CELL TO THE TIER. ONCE ON THE TIER THE INMATE CONTINUED TO STRUGGLE WITH STAFF. SUPERVISORS ARRIVED ON SCENE. ONCE THE INMATE WAS SECURED THIS OFFICER NOTICED BLOOD ON THE LEFT FOREARM AND CHEEK. THIS OFFICER WAS THEN RELEAVED SO THE BLOOD COULD BE WASHED AND THE AREA SANITIZED.

# Incident Report - Page 20

☑ Individual
☐ Summary

**Connecticut Department of Correction**

| Unit  NORTHERN C.I. | Report No.  ODC1034 | Report Date 01/08/02 |
|---|---|---|
| Prepared By Howes, Jeremy | Title  correction officer | Signature Jeremy Howes |

| Incident Class | 1 ☐ 1A ☐ 2 ☑ 3 ☐ | Type  I | Time 4 20 | ☐ A.M. ☑ P.M. | Date 01/08/02 |

On The above date & time This officer Responed to A code blue in 1-East Housing Unit. This officer applied Leg Irons And a thether chain on Imm Tucker, Kevin #94084. This officer then observed Imm tucker being Escorted to the medical Screening Area. Imm Tucker was checked by medical Staff. This officer performed a Routine strip search on Imm tucker. And then placed him in incell Restriants in cell 103 1-East. Imm tucker was checked by medical Staff. without further Incident.

End of Report.

C/O Howes

# Incident Report – Page 21

CN6601

[X] Individual

[ ] Summary

Connecticut Department of Correction

| Unit     NORTHERN C.I. | Report #   0201034 | Report Date   1-8-02 |
|---|---|---|
| Prepared by  LINDSEY | Title   C/O | Signature  Alphonso Lindsey |
| Incident Class   1 [ ]  1a [ ]  2 [ ]  3 [X] | Type  Ⅱ   Time  4²⁰   [ ] A.M. [X] P.M | Date  1-8-02 |

APPROXIMATELY 6HRS AFTER BEING INVOLVED IN A
CODE BLUE, I OFFICER LINDSEY STARTED TO NOTICED
SWELLING TO MY RIGHT KNEE. THIS OFFICER WAS
EVALUATED BY MEDICAL STAFF @ 10:03 PM and IT
WAS CONFIRMED THAT 1CM FIRM SWOLLEN FLUID
FILLED SAC PALPATED TO MY RIGHT KNEE.

# EXHIBIT C

Attachment A

CN 650

# USE OF FORCE REPORT

Individual ☑

Summary ☐

Unit    Northern C.I.                Report Number  _0301034_   Report Date  _1-8-05_

Prepared by   _P. CASTONGUAY_                Title   _C/O_

Inmate Name   _TUCKER, KEVIN_            Inmate number   _94084_

Date, Time and Location of Incident   _1-8-02    4²⁰/PM    1EAST CELL 211_

Circumstances leading to use of force:

CODE BLUE 1EAST 211 CELL.

Type and extent of force used (to include any armory items used):  THIS OFFICER SECURED THE
LEGS AND ASSISTED IN CARRYING THE INMATE TO THE TIER. ONCE ON THE
TIER THIS OFFICER MAINTAINED CONTROL OF THE LEGS UNTIL A RELIEF ARRIVED

Complete (only when appropriate) by staff member if assaulted by inmate:

Do you feel that the inmate should be considered for criminal prosecution?

                    YES ☐            NO ☐

Staff Signature                Title   C/O            Date   1-8-02

Investigating Supervisor's Signature    Title   Lieutenant      Date   8 January 2002

# EXHIBIT D

Attachment A

CN 650

# USE OF FORCE REPORT

Individual  [✗]

Summary  [ ]

Unit    Northern C.I.    Report Number   ODO1034    Report Date   1-8-02

Prepared by   ROHAN DAIRE    Title   C/O

Inmate Name   KEVIN TUCKER    Inmate number   94084

Date, Time and Location of Incident   1-8-02    4:20 Pm    1E 211 CELL

Circumstances leading to use of force:

I/m TUCKER ATTACKED HIS CELLMATE I/m NEAL #230420

Type and extent of force used (to include any armory items used): I (C/O DAIRE) ENTERED THE CELL WITH OTHER STAFF MEMBER AND GRABBED I/m TUCKER BY HIS UPPER TORSO AND PUSHED HIM OUT OF CELL. WHILE ON THE TIER OTHER STAFF MEMBER SECURED I/m TUCKER. HE WAS THEN TAKEN TO MEDICAL

Complete (only when appropriate) by staff member if assaulted by inmate:

Do you feel that the inmate should be considered for criminal prosecution?

YES [ ]          NO [ ]

_Rohan F. Daire_

Staff Signature          Title          Date   1/8/02

_Marc J. Mangin_

Investigating Supervisor's Signature    Title   Lieutenant    Date   8 January 2002

# EXHIBIT E

Individual ☒                    **Attachment A**                         CN 6501

Summary ☐                    **USE OF FORCE REPORT**                10/29/92

Unit  NORTHERN C.I.          Report No.  0301034  Report Date:  01/08/02

Prepared by  Howes, Jeremy          Title  Correction officer

Inmate Name  Tucker, Kevin          Inmate Number  94084

Date, time, and location of incident:  01/08/02  1-East    4:20 pm

Circumstances leading to use of force:  Code blue 1-East 211 cell

Type and extent of force used (to include armory items used):  On The above date & time This officer Applied Leg Iron's And tnether chain on Ilm Tucker, K# 94084. This officer then Preformed a Routine Strip Search on Ilm tucker And Placed him in in cell Restriants in cell 103 1-East.

Complete (only when appropriate) by staff member if assaulted by inmate:

Do you feel that the inmate should be considered for criminal prosecution?

YES ☐          NO ☐

Staff Signature                         Title  C/O              Date  01/08/02

Investigating Supervisor Signature      Title  Lieutenant       Date  8 January 2002

# EXHIBIT F

# USE OF FORCE REPORT

Individual [ x ]

Summary [ ]

Unit   Northern C.I.             Report Number   _0201034_   Report Date   01-08-02

Prepared by    LLOYD,N.               Title    LIEUTENANT

Inmate Name    TUCKER,KEVIN          Inmate number    94084

Date, Time and Location of Incident    01-08-02    4:20 PM    1e-211 CELL

Circumstances leading to use of force:

Code Blue was called in 1e-211 cell by officer Daire.

Type and extent of force used (to include any armory items used):

This Lieutenant gave verbal direction to Inmate to comply with all lawful orders from staff. Verbal direction was also given to staff to escort Inmate to Medical Screening Room to be evaluated, and to then escort Inmate to 1e-103 ,stripsearch him and place him on in-cell restraint status for his accutely disruptive behavior. No force was used by this Lieutenant.

Complete (only when appropriate) by staff member if assaulted by inmate:

Do you feel that the inmate should be considered for criminal prosecution?

YES [ ]          NO [ ]

Staff Signature _Lloyd_          Title  lieutenant          Date  01-08-02

Investigating Supervisor's Signature   _Mel M. Roy_   Title  Capt.   Date  1/8/02

# EXHIBIT G

Attachment A

CN 6501

# USE OF FORCE REPORT

Individual ☒

Summary ☐

Unit    Northern C.I.    Report Number    0201034    Report Date    1/8/02

Prepared by    S. O'Dell    Title    C/O

Inmate Name    Tucker Kevin    Inmate number    94084

Date, Time and Location of Incident    1/8/02    4:20 pm    1 East cell 211

Circumstances leading to use of force:

Code blue called in 1 East cell 211

Type and extent of force used (to include any armory items used): On the above date and time this officer responded to a code blue in 1 East cell 211. Upon arrival this officer secured I/m Tuckers right side while leg irons and tether chain were applied. This officer continued to secure I/m Tuckers right side while escorting I/m Tucker to medical screening. After I/m Tucker was evaluated by medical this officer escorted I/m Tucker to cell 103 in 1 East where he was strip searched and placed on in-cell restraints. I/m Tucker was then checked by medical and secured in 1 East cell 103.

Complete (only when appropriate) by staff member if assaulted by inmate:

Do you feel that the inmate should be considered for criminal prosecution?

YES ☐          NO ☐

Staff Signature    Title    C/O    Date    1/8/02

Investigating Supervisor's Signature    Title    Lieutenant    Date    8 January 2002

# EXHIBIT H

# Medical Incident Report
## Connecticut Department of Correction

CN6602
Rev. 4-12-93

| | |
|---|---|
| **Facility:** NORTHERN C.I. | **Report Date:** January 8, 2001 |
| **Inmate Name:** Tucker, Kevin | **Time:** 4³⁰ | **a.m.** | ✓ **p.m.** |
| **Staff Name:** Lyman, Michael | **I.D. no.:** 94084 |

**Incident report submitted:** ✓ Yes ☐ No  **Number:** 0301034  **Date:** 1/8/02

**Treatment location:** 1 West Medical Treatment Room

**Injury Description (must be completed if no other report):** Inmate involved in Code Blue. Inmate has reddened area approximately 2 inches on right side of forehead. Nose bleed with minimal bleeding. Superficial cut on right side of lower lip.

**Diagnosis:** Superficial injuries noted at this time.

**Treatment administered:** Areas cleaned with H₂O₂. Inmate placed into in-cell restraints at this time. Visual and tactile assessment done as well as necro checks.

**Required follow up:** q-12 hours and PRN

**Placement after treatment:** 1E 103

**Observations/remarks:** A&O ×3. 149/84. Necro checks ⊕. Ample space between limbs and restraints. No medical issues verbalized. No other injuries noted at this time.

| | |
|---|---|
| **Patient signature:** I/M in in-cell restraints at this time. | **Date:** |
| **Medical staff signature:** Michael Lyman RN | **Date:** 1/8/02 |
| **Custody staff signature:** | **Date:** 1/8/02 |

# EXHIBIT J

# Medical Incident Report
## Connecticut Department of Correction

CN6602
Rev. 4-12-93

| | | | | |
|---|---|---|---|---|
| **Facility:** NORTHERN C.I. | | **Report Date:** 1/8/02 | | |
| **Inmate Name:** NEAL MORRIS | | **Time:** 425 | a.m. | X p.m. |
| **Staff Name:** | | **I.D. no.:** 230020 | | |
| **Incident report submitted:** | ✓ Yes | No | **Number:** 0201034 | **Date:** 1/8/02 |

**Treatment location:** 1 East Medical Screen Code Blue

**Injury Description (must be completed if no other report):** I/m noted c̄ one 2.5 cm laceration flow R temple - cut to inner deppect of R desk of mouth - 2 puncture wounds dermal exposure back of neck - 2 superficial punctures to upper back scapula area L and R side one puncture Subdermal exposed to L shoulder

**Diagnosis:** altercation c̄ cellmate

**Treatment administered:** Cleaned H₂O₂/H₂O N/a'Cl - Steri strips to R side of face - bandages applied to puncture wounds.

**Required follow up:** A/B tū See D.O.S.

**Placement after treatment:** Custody

**Observations/remarks:** A&O×3 PERL 142/92, 90 RR22 -

| | | |
|---|---|---|
| **Patient signature:** Restrained | **Date:** 1/8/02 | |
| **Medical staff signature:** nurse Siebro | **Date:** 1/8/02 | |
| **Custody staff signature:** Lt. Maiguir | **Date:** 1/8/02 | |

# EXHIBIT K

# Medical Incident Report
## Connecticut Department of Correction

CN6602
Rev. 4-12-93

| Facility: NORTHERN C.I. | Report Date: 1/8/02 | | |
|---|---|---|---|
| Inmate Name: _Tucker, Kevin_ | Time: 730PM | a.m. | X p.m. |
| Staff Name: _AmDudley, RN_ | I.D. no.: 94084 | | |
| Incident report submitted: X Yes / No | Number 0301034 | Date: | |

**Treatment location:**

1 East 103.

**Injury Description (must be completed if no other report):**

NO NEW INJURIES NOTED OR REPORTED

**Diagnosis:**

## In cell restraint check

**Treatment administered:**

## By assessment

**Required follow up:**

## Every 12 hours and as needed

**Placement after treatment:** Custody

**Observations/remarks:** I/m A+O×3, speech clear. Resp's event unlabored @ 16. Ample spacing observed between restraints & skin. Bilat wrists & bilat ankles skin intact; ⊕ circulation; good range of motion. No medical issues noted.

| Patient signature: Unable to sign / restraints | | |
|---|---|---|
| Medical staff signature: _AmDudley RN_ | Date: | |
| Custody staff signature: | Date: 1/8/02 | |
| | Date: 1/8/02 | |