AUG 2 4 2004

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

KEVIN S. TUCKER SR.
Name of Plaintiff/Petitioner

v.                                  Case No. 3:02 CV 1357 (WWE) HBF)

CAPTAIN MAURICE BUTLER, ET AL
Name of Defendant/Respondent

## MOTION FOR APPOINTMENT OF COUNSEL

PERSONAL/FINANCIAL DATA

1. Your full name: KEVIN SHYHEIM TUCKER SR #94084

   Your present mailing address: MACDOUGALL CORRECTIONAL INSTITUTION, 1153 EAST STREET SOUTH, SUFFIELD, CT 06080

   Telephone number: (   )

2. Are you presently employed? YES ___ NO ✓

3. If your answer to #2 is YES, please provide the name and address of your employer and the amount of your usual weekly earnings. _____

   Weekly earnings: _____

4. If you are not presently employed, please provide the name and address of your last employer, the date (approximate) that you last worked, and the amount of weekly earnings you were receiving. LAZ PARKING, NEW HAVEN, CT AUGUST 15, 1990  $175.00 PER 2 WEEKS

Date last worked: _August 15, 1990_

Weekly earnings: _$125.00 per 2 weeks_

5. Approximately how much money have you received in the past twelve months in the form of:
   a) salary, wages, commissions, or earned income of any kind? _=NONE=_

   b) interest, dividends, rents or investments of any kind? _=NONE=_

   c) gifts or inheritances of any kind? _=NONE=_

6. How much money do you have in any checking or savings account(s)?

   Checking: _=NONE=_

   Savings: _=NONE=_

   Prison account: _(indigent no funds)_

7. Do you own any real estate, stocks, bonds, notes, automobiles, boats, or other valuable property (excluding household items and clothing)?  YES ____  NO ✓

   If YES, describe the property and state the approximate value: _⊗_

   _____
   _____

8. How much money do you owe others? _$150.00_

   For each debt, state the name of the creditor and the amount owed:
   CREDITOR                                              AMOUNT OWED

   _Law suit_                                            _$150.00_

2

9. List the persons who depend upon you for support, and state your relationship to them.

_MY DAUGHTER DANIELLE ALL THAT I CAN WHEN I AM ABLE TO HELP HER._

10. Are there any persons regularly residing in your household who are over the age of 18 and who are presently employed? YES ___ NO ✗

If the answer is YES, please provide the following information for each such person:

Name: = NONE =

Relationship: = NONE =

Employer: = NONE =

Weekly Earnings: = NONE =

11. Include any other information which supports your claim that you cannot financially afford to employ an attorney. _BECAUSE I DON'T HAVE A PRISON JOB AND I DON'T HAVE ENOUGH MONEY OF FUNDS TO GET A ATTORNEY I AM (INDIGENT)_

## NATURE OF YOUR CLAIM

12. Describe in your own words the nature of the claim which you are presenting to the court in your complaint/petition. _EXCESSIVE USE OF FORCE BY PRISON OFFICERS AND CAUSING INJURIES TO MY_

(Additional space on next page)

3

FACE AND HEAD AND RIBS AND FINGER. AND FOR VIOLATION OF MY EIGHTH AMENDMENT. RIGHTS THE DEFENDANTS ARE SAYING THAT THEY WERE ACTING UNDER THE COLOR OF STATE LAW AND THAT THEY HURT ME A LITTLE

### EFFORTS TO OBTAIN AN ATTORNEY

The Court strongly suggests that you contact a minimum of three attorneys.

13. Have you spoken with any attorney about handling your case? YES ✓ NO __

14. If your answer to #13 is YES, please provide the following information about each attorney with whom you spoke:

   a) Attorney's name  RICHARD P. CAHILL  (I-C-A-P- ATTORNEY)

   Date you contacted this attorney  ON OR AROUND 1-8-02 / 1-10-02

   Method of contact (in person, by telephone, etc.)  BY TELEPHONE (860) 246-1118 AND BY LETTER

   Reason why attorney was not employed to handle your case  BECAUSE HE SAID INMATE LEGAL ASSISTANCE CAN NOT HELP PRISONERS BUT SO FAR BECAUSE HE WORK FOR (STATE)

   b) Attorney's name  BRIAN D. KASCHEL

   Date you contacted this attorney  ON OR AROUND JANUARY 8, 2002

   Method of contact (in person, by telephone, etc.)  I WROTE HIM A LETTER BY MAIL

   Reason why attorney was not employed to handle your case  BECAUSE HE SAID HE WAS ONLY APPOINTED TO HELP ME IN MY JUVENILE CASE AND HE DON'T SPECIALIZE IN MY TYPE OF CASE

4

c) Attorney's name MS. SHERYL A. SHAUGHNESSEY

Date you contacted this attorney MAY 7, 2002

Method of contact (in person, by telephone, etc.) I WROTE HER A LETTER REQUESTING HELP

Reason why attorney was not employed to handle your case BECAUSE SHE STATED SHE DOES NOT PRACTICE THAT KIND OF LAW I NEED HELP IN

15. Explain any other efforts you have made to obtain an attorney to handle your case.

I WROTE 5 OTHER ATTORNEYS AND ALL TOLD ME THAT THEY CAN NOT HANDLE MY CASE AND ONE TOLD ME THAT THEY DON'T HAVE ENOUGH STAFF AVAILABLE TO INVESTIGATE MY CASE. THAT WAS CONNECTICUT CIVIL LIBERTIES UNION FOUNDATION

16. Please provide any other information which supports your application for the court to appoint counsel. YOU CAN READ ALL THE LETTERS I AM SENDING TO YOU REGARDING MY TIME AND EFFORTS I DID TO TRY AND GET A LAWYER SO THEY SHOULD REALLY HELP TO SUPPORT MY APPLICATION FOR AN ATTORNEY SO I DO HOPE VERY MUCH THAT THE COURT DO GIVE ME AN ATTORNEY PLEASE THANK YOU

17. Do you need a lawyer who speaks a language other than English?
YES ___ NO ✓

If you answered YES, what language do you speak? ___

5

I declare under the penalties of perjury that my answers to the foregoing questions are true to the best of my knowledge.

I understand that if I am assigned a lawyer and my lawyer learns, either from myself, or elsewhere, that I can afford a lawyer, the lawyer may give this information to the court. See Local Rule 29(b)(4) and (g).

I understand that if my answers on my application to proceed in forma pauperis and/or on this application for appointment of counsel are false, my case may be dismissed. See 28 U.S.C. §1915(e).

I hereby waive my privilege of attorney-client confidentiality to the extent necessary for my appointed attorney to make an application to be relieved from appointment as provided in Local Rules 29(c) and (d).

I understand that filing this motion does not excuse me from litigating my case, and that it is still my responsibility to have the defendants served with process in accordance with Rule 4 of the Federal Rules of Civil Procedure, if I have not already done so. I also understand that filing this motion does not stay this case and does not excuse me from responding to any motion filed by the defendants.

_8/22/04_  
Date

_Kevin S. Tucker Sr._  
Original Signature of Movant

6

## CERTIFICATION CERTIFICATE OF SERVICES

I HEREBY CERTIFY THAT NOTICE OF THE FOREGOING HAS BEEN MAILED TO THE FOLLOWING ON THIS 14TH DAY OF SEPTEMBER 2004

→ TO. ROBERT B. FISKE, III
ASSISTANT ATTORNEY GENERAL
110 SHERMAN STREET
HARTFORD, CT 06105
FEDERAL BAR # CT 17831
TEL: (860) 808-5450
FAX (860) 808-5591

By: Kevin S. Tucker 99084
Mac Dougall, C.I.
1153 East Street South
Suffield, CT 06080

LAW OFFICES
OF
SYDNEY T. SCHULMAN

INMATES' LEGAL ASSISTANCE PROGRAM

Administrative Director
Sydney T. Schulman, Esq.

Managing Attorney
Jane Starkowski

Staff Attorneys
Richard P. Cahill
Peter Downs
Jessica J. York
La-Tanya J. Mansfield
Michael A. Rubino, Jr.
Kenneth J. Speyer

March 27, 2002

Mr. Jermaine McKoy
#167399
Northern CI
287 Bilton Road
P.O. Box 665
Somers, CT 06071

Dear Mr. McKoy:

Thank you for your letter, which is dated March 20, 2002, and was received March 26, 2002.

You provided an affidavit regarding an incident involving inmate Kevin Tucker. Thank you for your help. You should be commended for your interest in the welfare of a fellow inmate.

Pursuant to your request, enclosed you will find the table of contents of the Administrative Directives.

If we can be of assistance to you on any civil legal matter, please do not hesitate to contact us.

Very truly yours,

Richard P. Cahill
Attorney at law

Enclosure

**BRIAN D. KASCHEL**
ATTORNEY AT LAW

1583 POST ROAD
FAIRFIELD, CONNECTICUT 06430

TELEPHONE: (203) 259-5251                                           FACSIMILE: (203) 254-9667

---

May 21, 2002

Mr. Kevin Tucker
Inmate #94084
Northern Correctional.
P. O. Box 665
Somers, CT 06071

Dear Mr. Tucker:

    I am writing in response to your letter dated May 15, 2002 wherein you requested that I represent you concerning injuries you received from an assault which occurred on January 8, 2002.

    As you know, I was appointed to represent you regarding your daughter Danielle's neglect case pending in the Bridgeport Juvenile Court. My representation is limited to that purpose. Accordingly, I am declining to act as your attorney regarding your personal injury claims. If you wish to pursue the personal injury case, I suggest you speak with a lawyer specializing in that area of law as soon as possible.

Very truly yours,

*Brian D. K* (signature)

Brian D. Kaschel

BDK/cg

# SHERYL A. SHAUGHNESSEY, ATTORNEY AT LAW

1210 Post Road  
Lantern Hill  
Fairfield, CT 06430  
(203) 254-7544 • Fax (203) 259-8755

MAILING ADDRESS:  
P.O. Box 1038  
Southport, CT 06490

May 28, 2002

Kevin S. Tucker Sr.  
# 94084  
Northern, C. I.  
P.O. Box 665  
Somers, Ct. 06071

Dear Mr. Tucker:

Thank you for your letter to me dated May 7, 2002. Unfortunately, I do not practice that kind of law. I have asked a couple of attorneys and have received no response. Accordingly, I would suggest that you make a call to the Lawyer Referral System or seek assistance from the prison department.

Very truly yours,

SHERYL A. SHAUGHNESSEY

SAS/nmr



# CCLU

## Connecticut Civil Liberties Union Foundation

32 Grand Street • Hartford, CT 06106
860-247-9823 • Fax: 860-728-0287

April 18, 2002

Kevin Tucker #94084
Northern Correctional Institution
P.O. Box 665
Somers, CT 06071

    Thank you for your recent letter. Due to funding and staffing limitations, we are no longer able to personally respond to each letter we receive.

    Unfortunately, the Connecticut Civil Liberties Union does not have staff available to investigate or respond to individual inmate legal complaints. Requests for legal assistance should be directed to Inmates Legal Assistance, P.O. Box 260237, Hartford, CT 06126.

LAW OFFICES OF
# FRANK J. RICCIO, LLC

FRANK J. RICCIO*
FRANK J. RICCIO, II
AGUSTIN SEVILLANO

*ADMITTED: CT & NY
BOARD CERTIFIED
CRIMINAL TRIAL ADVOCACY

P.O. BOX 491 • BRIDGEPORT, CT 06601-0491 • (203) 333-6135
TELECOPIER: (203) 333-6190

OFFICE LOCATION:
923 EAST MAIN STREET
BRIDGEPORT, CT 06608-1914

May 21, 2002

Mr. Kevin S. Tucker
Inmate # 94084
Northern Correctional Institute
P.O. Box 665
Somers, CT 06071

Dear Mr. Tucker:

I cannot commit myself to representing you until I know a little bit more about what happened to you. Unless you have already done so, I would suggest you contact the Inmate Legal Assistance Office whose address is as follows: P.O. Box 260237, Hartford, CT 06112-0237 Attn: Jane Starkowski.

Although I have taken matters of this sort on in the past, I can tell you, and although I do allow my fee to be a contingent one, I do require costs to be paid upfront, including the cost of an investigator. It seems to me that there might also be the necessity of consulting with private medical doctors in respect to the nature and extent of the injury, as well as the prognosis in the future for full recovery.

Ordinarily those costs run anywhere between $2500.00 to $5000.00. The costs are not the same, of course, in every case, but I would say that if someone was prepared to at least advance $2500.00 for expenditures which would include the cost of an investigator, then I would be prepared to look into it more fully.

Very truly yours,

Frank J Riccio

FRANK J. RICCIO

FJR/jvg


**Tyler Cooper
& Alcorn, LLP**

*Counsellors at Law*

Elizabeth K. Andrews
203.784.8540
Fax: 203.777.1181
eandrews@tylercooper.com

205 Church Street
P.O. Box 1936
New Haven, CT
06509-1910
203.784.8200

New Haven
Hartford
Stamford
Madison

June 21, 2002

Kevin S. Tucker, Sr.
Inmate #94084
Northern, C.I.
P.O. Box 663
Somers, CT  06071

Re:  **Legal Representation**

Dear Mr. Tucker:

     We are in receipt of your letter dated May 20, 2002.  Please be advised that we are unable to undertake legal representation of you at this time.  However, thank you for considering Tyler Cooper & Alcorn, LLP.

Very truly yours,

Elizabeth K. Andrews

EKA/nab

# COHEN AND THOMAS
ATTORNEYS AT LAW

315 MAIN STREET
POST OFFICE BOX 313
DERBY, CONNECTICUT 06418

(203) 735-9521
FAX: (203) 732-8129

JAMES E. COHEN
DOMINICK J. THOMAS, JR.
IAN A. COLE
CHRISTINE L. CURTISS
GAYLE C. CARR
GREGORY M. THOMAS

DAVID B. COHEN
(1936-1991)

LITCHFIELD OFFICE:
15 MEADOW STREET
LITCHFIELD, CT 06759
(860) 567-3754
FAX: (860) 567-3894

May 7, 2002

Mr. Kevin Shyheim Tucker
#94084
Northern Correctional Institute
P O Box 665
Somers, CT 06071

Dear Mr. Tucker:

I am in receipt of your letter dated May 2, 2002. We regret that we are unable to take your case at this time.

Very truly yours,
Cohen and Thomas

CHRISTINE L. CURTISS

CLC/ms

THE LAW OFFICES OF ERSKINE D. MCINTOSH
A PROFESSIONAL CORPORATION
3129 WHITNEY AVENUE, SECOND FLOOR
HAMDEN, CONNECTICUT 06518-2364

ERSKINE D. MCINTOSH*

* ALSO ADMITTED TO DC BAR

TEL. (203) 787-9994
FAX (203) 848-1213

MAILING ADDRESS:
P.O. BOX 185789
HAMDEN, CT 06518-0789

July 14, 2003

Kevin S. Tucker, Sr.
Northern C. I. / Inmate # 94084
P O Box 665
Somers, CT 06071

Re:   Your letter

Dear Mr. Tucker:

I am in receipt of your letter of August 2, 2002 with the attached complaint. I have reviewed your complaint and I have a couple questions to ask you:

1) Have you filed suit in this case?
2) What is the likely hood that inmate Morris Neal will sign a statement indicating everything that you say in your complaint?
3) Given that fact that in August of 2002, Mr. Neal was two weeks away from being discharged, what is the likely hood of you knowing his whereabouts at present if he is not in jail?
4) Did the correctional officers witness you strike the first blow?
5) Will the correctional officers say that they saw Mr. Neal make some move toward you that lead you to believe that he was about to attack you?

Please answer these question for me in writing. With kindest regards, I am

Sincerely,

*[signature]* /JDB
Atty. Erskine D. McIntosh

Dictated but not read

N.F.S./ Forms/ Letter/ EXAMPLE

Jermaine McKoy 8/12/02

## Sworn affidavit

I Jermaine McKoy brings forth this affidavit in regards to the January 8th 2002 matters. which involves excessive use of force to Kevin Tucker #94084. as well as harsh living conditions. which put Kevin Tucker life In danger. on January 7th 2002 and January 8th 2002 inmate Kevin Tucker repeated several times to me he wanted to leave the cell with inmate neil. and that his life was In danger. and wanted to move In the cell with me. Because at that piont in time I had room for a cellmate. on January 8th 2002 Kevin Tucker ex-cellmate neil held the food trap for hostage for a supervisor to arrive. Captain Butler then told Tucker and neil he was not going to move the two individuals and he dont care If there lifes were In danger. neil only had a couple of weeks left and to deal with it. Captain Butler failure to expedite the matter and seperate the individuals lead to assaults of serious magnitude

Later that afternoon a code was called. and alot of officers arrived on the scene. Meaning January 8th 2002. Inmate Kevin Tucker only being some cells away. I heard Tucker screaming why you people slam me on my face. That's not procedure. You people busted my head, mouth, and nose. Then he said Lieutenat Lloyd Lindsey Is standing straight on my ribs and kneeling on them. It really hurts tell them to stop. Then I also heard Tucker saying Lloyd tell odell to stop bending my hand back. I'm complying to protocol. on January 9th 2002 Tucker was put In the cell with me. The injuries and complaints I witness were scar to the head. a bloody mouth and bloody nose. He had a broken finger. and constantly complained of rib pains and denial of medical treatment from nurse practioner Saundra Katz, Feinberg. I Jermaine truly say I have knowledge of the above mentioned facts and there all true and written to the best of my ability

## Verification

I Jermaine mckoy, being first duly sworn, depose and say that he reside at northern Correctional Institution, p.o. box 665, Somers Connecticut 06071, that he read the foregoing affidavit and knows the contents there to the best of his knowledge

167399   Jermaine mckoy
         Jermaine mckoy

Subscibed and sworn to before me this 18th day of March 2002.

**THIS DOCUMENT WAS SUBSCRIBED AND SWORN TO BEFORE A STAFF NOTARY PUBLIC AT NORTHERN CORRECTIONAL INSTITUTION, SOMERS, CT. IT HAS NOT BEEN READ OR INSPECTED IN ANY WAY. NEITHER THE INSTITUTION NOR THE CONNECTICUT DEPARTMENT OF CORRECTION TAKES ANY RESPONSIBILITY FOR OR SANCTIONS THE SUBJECT MATTER OF THE DOCUMENT.**

notary public

MARK R. SUSE
*NOTARY PUBLIC*
MY COMMISSION EXPIRES 3/31/2002

Kevin Shyheim Tucker Sr.
#94084
Northern, C.I.
P O Box 665
Somers, ct 06071       #1

April 22, 02
Time - 3:40 P.m.

Dear internal Affairs unit yes I am writing you in Regards of your help and to investigate A situation here at Northern correctional with me and the medical department please I need your help they Bad. I've filed A law suit and Habeas corpus on Northern medical Department and wrote complaints on the medical process to Director of Health Brett Rayford, ombudsman, and Bryan cartle all are Aware of my on going problems here with their medical staff and department. Debbie Kindness Keep giveing false Disciplinary Reports and Keep sending me Back from the Phase II program and Keep Harrassing me and Delaying me medication and saying I Keep Refuseing sick call when I sign up and the van officer pins for witness and I dont Never Refuse medical treatment or sick call here when I Request Help But medical department is upset at me Because I write outside of the prison to people for help about the medical process here and they write things in my medical clinical Records to make me look Bad and I am the mess up one. I Keep Receiveing Disciplinary Reports from Deborah Kidronski, nurse and if you look all my problems have Been with Northern medical Department. they don't treat me for any Pains or medical Problems I have

#2

here at Northern. and I am Really Very Scared that they is gonna try to Kill me - please I Have paperwork to Show I am not crazy and I know what I am talking About please with all due Respect please Have someone come to see me been in particular to investigate my complaint I need Help and I wrote everyone and I Had Broken Ribs and medical did not wish to see on Jan 8, 2002. I do look forward of hearing from you soon please come to see me.

Thank you !!

Sincerely Yours
Kevin Shyheim Tucker
#99084