UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

AUG 24 2004

KEVIN TUCKER
  V.
CAPTAIN MAURICE BUTLER, ET AL

CIVIL NO: 3.02CV1357 (WWE)(HBF)

SEPTEMBER 14, 2004

(1)

## OBJECTION TO MOTION FOR SUMMARY JUDGEMENT

THE PLAINTIFF BRINGS FORTH THIS BRIEF OBJECTION MOTIONS ON THE GROUNDS OF UNLAWFUL TREATMENT AND UNREASONABLE AND EXCESSIVE USE OF FORCE. A MEMORANDUM OF LAW AND EXHIBITS WILL BE SUBMITTED WITH THIS ABOVE OBJECTION TO MOTION FOR SUMMARY

Kevin Shyheim Tucker
Mac Dougall, C.I.
1153 East Street South
Suffield, CT 06080

Kevin S. Tucker 94084
KEVIN TUCKER #94084
MAC'DOUGALL, CORRECTIONAL
1153 EAST STREET SOUTH
SUFFIELD, CT 06080

## CERTIFICATION

I HEREBY CERTIFY THAT NOTICE OF THE FOREGOING HAS BEEN MAILED TO THE FOLLOWING ON THIS 14TH DAY OF SEPTEMBER 2004

→ TO: ROBERT B. FISKE, III
ASSISTANT ATTORNEY GENERAL
110 SHERMAN STREET
HARTFORD, CT 06105
FEDERAL BAR # CT17831
TEL: (860) 808-5450
FAX (860) 808-5591

By: Kevin S. Tucker #94084
Mac'Dougall, C.I.
1153 East Street South
Suffield, CT 06080