UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

AUG 2 4 2004

KEVIN TUCKER
 V.
CAPTAIN MAURICE BUTLER, ET AL

CIVIL NO: 3:02CV1357(WWE)(HBF)

(10)

## OBJECTION TO MOTION TO DIMISS

THE plaintiff writes this objection motion to Dimiss on the grounds of the plaintiff constitutional rights were violated of serious magnitude, and the defendants acted under color of state law, A memorandum of law will be submitted to support this objection to Dimiss motion because I was hurt because of the officers actions.

Kevin S. Tucker #99084
Mac'Dougall, C.I.
1153 East Street South
Suffield, CT 06080

(11)

Kevin S. Tucker #94084
KEVIN TUCKER #94084
MAC'DOUGALL, CORRECTIONAL
1153 EAST STREET SOUTH
SUFFIELD, CT 06080

## CERTIFICATION

I HEREBY CERTIFY THAT NOTICE OF THE FOREGOING HAS BEEN MAILED TO THE FOLLOWING ON THIS 14TH DAY OF SEPTEMBER 2004

→ TO: ROBERT B. FISKE, III
ASSISTANT ATTORNEY GENERAL
110 SHERMAN STREET
HARTFORD, CT 06105
FEDERAL BAR # CT 12831
TEL (860) 808-5450
FAX (860) 808-5591

By: Kevin S. Tucker #94084
Mac'Dougall, C.I.
1153 East Street South
Suffield, CT 06080