(14)

United States District Court
District of Connecticut
FILED AT    BRIDGEPORT

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

9/17 2004
Kevin F. Rowe, Clerk
Maria Coulette
Deputy Clerk

AUG 2 4 2004

KEVIN TUCKER                    CIVIL NO.: 3:02 CV1357 (WWE)
        V.                                          (HBF)

CAPTAIN MAURICE BUTLER, ET AL

## MOTION FOR APPOINTMENT
## OF COUNSEL

THE plaintiff BRINGS FORTH THIS MOTION FOR
APPOINTMENT OF COUNSEL ON THE GROUNDS OF
HE EXHAUSTED ALL AVAILABLE REMEDIES
TO RECEIVE AN ATTORNEY ON HIS OWN
But RESULTS WERE INEFFECTIVE AS WELL
AS REPRESENTATION FROM INMATES
LEGAL ASSISTANCE, THEREFORE THE
PLAINTIFF IS RESPECTFULLY REQUESTING
FOR THIS COURT TO APPOINT HIM A ATTORNEY
TO HELP HIM, RESPONSIVE LETTERS WILL BE
SUBMITTED WITH THESE MOTIONS TO
SHOW THE COURT I TRIED TO DO ALL
THAT I CAN DO TO RECEIVE AN ATTORNEY
ON MY OWN SO I BEG THE COURT
TO PLEASE APPOINT AN ATTORNEY TO HELP
ME WITH CASE PLEASE.

Kevin S. Tucker 94484
Mac'Dougall, C.I.
1153 East Street South
Suffield, ct 06080

(15)

Kevin S. Tucker 94084
KEVIN TUCKER # 94084
MAC'DOUGALL, CORRECTIONAL
1153 EAST STREET SOUTH
SUFFIELD, CT 06080

## CERTIFICATION

I HEREBY CERTIFY THAT NOTICE OF THE
FOREGOING HAS BEEN MAILED TO THE
FOLLOWING ON THIS
    14TH DAY    OF SEPTEMBER 2004


        → TO. ROBERT B. FISKE, III
        ASSISTANT ATTORNEY GENERAL
        110 SHERMAN STREET
        HARTFORD, CT, 06105
        FEDERAL BAR #CT 17831
        TEL: (860) 808 - 5450
        FAX (860) 808 - 5591


By: Kevin S. Tucker # 94084
    Mac' Dougall, C.I.
    1153 East Street South
    Suffield, ct 06080