United States District Court
District of Connecticut
FILED AT BRIDGEPORT
9/17 2004
Kevin F. Rowe, Clerk
Maria Corriette
Deputy Clerk

AUG 24 2004

United States District Court
District of Connecticut

Kevin Tucker
  v.
Captain Maurice Butler, et al.

Civil No: 3.02 CV1357(WWE)
(HBF)

### Objection to Motion to Depose

The plaintiff brings forth this above objection motion to depose on the grounds of the defendants acted with a requisite culpable state of mind to act under color of state law to violated clearly established rights secured under the United States constitution. A memorandum of law will be submitted with this objection to motion to depose to support it.

Kevin S. Tucker #94084
MacDougall, C.I.
1153 East Street South
Suffield, CT 06080

(13)

Kevin Tucker #94084
Mac'Dougall, C.I.
1153 East Street South
Suffield, CT 06080

## Certification

I hereby certify that notice of the foregoing has been mailed to the following on this 14th day of September 2004

→ To: Robert B. Fiske, III
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Federal Bar, #CT17831
Tel: (860) 808-5450
Fax (860) 808-5591

By: Kevin S. Tucker #94084