# United States District Court
# District of Connecticut

KEVIN SHYHEIM TUCKER,SR.
*Plaintiff*

v.  Case No.  3:02cv1357WWE)

MAURICE BUTLER, et al
*Defendant*

### ORDER OF REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge Holly B. Fitzsimmons for the following purposes:

\_\_\_\_   All purposes except trial, unless the parties consent to trial before the magistrate judge

\_\_\_\_   A ruling on all pretrial motions except dispositive motions

\_\_\_\_   To supervise discovery and resolve discovery disputes

\_\_\_\_   A ruling on the following motions which are currently pending:
Doc#

\_\_\_\_   A settlement conference

\_\_\_\_   A conference to discuss the following:

   X    Other:  STATUS CONFERENCE


SO ORDERED this   26th   day of   April  ,   2006   at Bridgeport, Connecticut.


/s/_____
Warren W. Eginton
Senior United States District Judge