UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

KEVIN SHYHEIM TUCKER, SR.

V.                              Case Number: 3:02-1357(WWE)

MAURICE BUTLER, et al

NOTICE TO COUNSEL
--------------------

The above-entitled case was reported to the Court on 7/11/06 to be settled. Under Local Rule 41(b), a matter reported settled is to be dismissed if closing papers are not filed within thirty (30) days thereafter.

Accordingly, an order of dismissal will be entered on August 10, 2006 unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact settled.

Dated at Bridgeport, Connecticut, July 11, 2006.

KEVIN F. ROWE, CLERK

By: /s/_____
    Rosalie A. Krajcik
    Deputy Clerk