UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

KEVIN SHYHEIM TUCKER, SR.
                                                                   PRISONER
v.                                               CASE NO. 3:02cv1357 (WWE)

MAURICE BUTLER
LLOYD
KIM WIER
N. HILL
TAYLOR
LINSDEY
ODELL
PERKINS
MELBOURNE
CATONGANY
SAUNDRA KATZ-FEINBERG

## JUDGMENT

On July 12, 2006, the court filed an Order noting that this matter had been reported settled and directing the Clerk to enter judgment on August 10, 2006, unless, on or before that date, closing papers were filed or counsel reports that the case is not settled. Closing papers have not been filed and counsel has not reported that the matter is not settled.

Therefore, it is ORDERED, ADJUDGED AND DECREED that the complaint is dismissed without prejudice and the case is closed pursuant to Rule 41(b), D. Conn. L. Civ. R.

Dated at Bridgeport, Connecticut this 15th day of August, 2006.

                                                                     KEVIN F. ROWE, Clerk

                                                                     By  /s/ Donna P. Thomas
                                                                        Donna P. Thomas
                                                                        Deputy Clerk

Entered on the Docket _____